**Exhibit A**

**Unions**

| Country | # | Union |
|---|---|---|
| **France** | 1 | Confédération française démocratique du travail |
| **Germany** | 2 | Central Works Council of Klöckner Pentaplast GmbH |
| | 3 | ChemieNord – Employers' Association for the Chemical Industry in Northern Germany |
| | 4 | IG Bergbau, Chemie, Energie |
| **United Kingdom** | 6 | GMB Trade Union |
| | 7 | Unite the Union |
| **Spain** | 8 | Workers's Council |