IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| KLEOPATRA FINCO, S.À R.L., *et al.*,[1] | Case No. 25-90642 (CML) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that the undersigned appear as proposed bankruptcy counsel on behalf of the Official Committee of Unsecured Creditors in the above-captioned cases (the "Committee") and file this *Notice of Appearance and Request for Notices* (the "Notice") and request that all notices given or required to be given and all papers served or required to be served by U.S. Mail and by email in the above-captioned cases be given to and served upon:

Marcus A. Helt
**MCDERMOTT WILL & SCHULTE LLP**
2801 N. Harwood Street, Suite 2600
Dallas, Texas 75201
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
Email: mhelt@mwe.com

Darren Azman
**MCDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Email: dazman@mwe.com

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com.Klockner. The location of Kleopatra Finco S.à r.l.'s principal place of business and the Debtors' service address in these chapter 11 cases is 46A, Avenue J.F. Kennedy, L-1855 Luxembourg, R.C.S. Luxembourg.

Gregg A. Steinman
**MCDERMOTT WILL & SCHULTE LLP**
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone: (305) 358-3500
Facsimile: (305) 347-6500
Email:  gsteinman@mwe.com

**PLEASE TAKE FURTHER NOTICE** that this request includes, without limitation (i) all notices and papers referred to in Bankruptcy Rules 2002, 3017, 9007, 9010 and 1109(b), (ii) all notices of hearings and entry of orders, (iii) every order signed in these cases, and (iv) every pleading  or report filed in these cases, including, without limitation, schedules, statements of financial affairs, operating reports, motions, applications, complaints, demands, requests, petitions, plans of reorganization, disclosure statements, answering or reply papers, and memorandum briefs in  support of any of the foregoing.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice nor any prior or later appearance shall be deemed or construed to be a waiver of any substantive or procedural rights of the Committee including, without limitation: (i) the right to have final orders in noncore matters entered only after *de novo* review by the United States District Court for the Southern District of Texas (the "District Court"), (ii) the right to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court, or (v) any other rights, claims, actions, defenses, setoffs or recoupments to which the Committee is or may be entitled, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. Unless

2

and until the Committee expressly states otherwise, the Committee does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

| | |
|---|---|
| Dated: November 19, 2025<br>Dallas, Texas | **MCDERMOTT WILL & SCHULTE LLP**<br><br>*/s/ Marcus A. Helt*<br>Marcus A. Helt (TX Bar No. 24052187)<br>2801 N Harwood Street, Suite 2600<br>Dallas, Texas 75201<br>Telephone: (214) 295-8000<br>Facsimile: (972) 232-3098<br>Email: mhelt@mwe.com<br><br>-and-<br><br>Darren Azman (*pro hac vice* forthcoming)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br>Email: dazman@mwe.com<br><br>-and-<br><br>Gregg A. Steinman (*pro hac vice* forthcoming)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone: (305) 358-3500<br>Facsimile: (305) 347-6500<br>Email:  gsteinman@mwe.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors* |

## **CERTIFICATE OF SERVICE**

I certify that on November 19, 2025, a true and correct copy of the foregoing Notice of Appearance was served by this court's CM/ECF to all parties that are registered to receive such notice in the above cases.

                        */s/ Marcus A. Helt*
                            Marcus A. Helt