Electronic Appearance Sheet

Sean Scott, Mayer Brown LLP
Client(s): Coface Finanz GmbH

Dabin Chung, Mayer Brown LLP
Client(s): Coface Finanz GmbH

Danielle Sigal, Mayer Brown LLP
Client(s): Coface Finanz GmbH

Robert Richards, Dentons US LLP
Client(s): FactoFrance

Sean Scott, Mayer Brown LLP
Client(s): Coface Finanz GmbH

Sean Scott, Mayer Brown LLP
Client(s): Coface Finanz GmbH

Dabin Chung, Mayer Brown LLP
Client(s): Coface Finanz GmbH

Danielle Sigal, Mayer Brown LLP
Client(s): Coface Finanz GmbH

Lorenzo Marinuzzi, Morrison & Foerster
Client(s): Mazuma Capital

Bryan Kotliar, Morrison & Foerster
Client(s): Mazuma Capital

Rob E. Fitzgerald, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Group of Investors and Lenders

Michael J. Cohen, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Group of Investors and Lenders

Tom Howley, Howley Law PLLC
Client(s): Ad Hoc Group of Investors and Lenders

Daniel Saval, Kobre & Kim LLP
Client(s): Special Committees of the Boards of Kleopatra Senior Holdings GP S.à r.l. and Kleopatra Finco
S.à r.l.

Martine Forneret, Kobre & Kim LLP
Client(s): Special Committees of the Boards of Kleopatra Senior Holdings GP S.à r.l. and Kleopatra Finco
S.à r.l.

Robert Wells, NONE

Electronic Appearance Sheet

Client(s): Debtor-Reagens SpA

Aaron Javian, Reed Smith LLP
Client(s): Deutsche Bank AG

Casey Doherty, Dentons US LLP
Client(s): Factofrance S.A.

Megan  Young-John, Porter Hedges LLP
Client(s): Debtors

Eric English, Porter Hedges LLP
Client(s): Debtors

James Keefe, Porter Hedges LLP
Client(s): Debtors

Andrew Jimenez, U.S. Department of Justice
Client(s): United States Trustee

Robert Britton, Paul, Weiss, Rifkind, Wharton & Garrison LLP
Client(s): Strategic Value Partners, LLC