**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| KLEOPATRA FINCO S.À R.L., *et al.*,[1] | ) Case No. 25-90642 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) Relates to Docket No. 246 |

**NOTICE OF ENTRY OF ORDER (I) APPROVING THE DEBTORS'
DISCLOSURE STATEMENT FOR THE JOINT PREPACKAGED PLAN OF
REORGANIZATION OF KLEOPATRA FINCO S.À R.L. AND ITS DEBTOR
AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE,
(II) CONFIRMING THE JOINT PREPACKAGED PLAN OF REORGANIZATION
OF KLEOPATRA FINCO S.À R.L. AND ITS DEBTOR AFFILIATES PURSUANT TO
CHAPTER 11 OF THE BANKRUPTCY CODE, AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE FURTHER NOTICE** that, on December 16, 2025, the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), entered the *Order (I) Approving the Debtors' Disclosure Statement for the Joint Prepackaged Plan of Reorganization of Kleopatra Finco S.à r.l. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code, (II) Confirming the Joint Prepackaged Plan of Reorganization of Kleopatra Finco S.à r.l. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code, and (III) Granting Related Relief* [Docket No. 246] (the "Confirmation Order") confirming the *Amended Joint Prepackaged Plan of Reorganization of Kleopatra Finco S.à r.l. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 235] (the "Plan").[2]

Copies of the Confirmation Order, the Plan, and all documents filed in these Chapter 11 Cases are available free of charge by visiting https://cases.stretto.com/Klockner. You may also obtain copies of any pleading by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

The Debtors will serve a separate notice following the occurrence of the Effective Date.

The Plan and its provisions are binding on the Debtors, the Reorganized Debtors, the Disbursing Agent, any Holder of a Claim against, or Interest in, the Debtors and such Holder's respective successors and assigns, regardless of whether such Holder (1) will receive any property or interest in property under the Plan or (2) failed to vote to accept or reject the Plan or affirmatively voted to reject the Plan.

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Klockner. The location of Kleopatra Finco S.à r.l.'s principal place of business and the Debtors' service address in these chapter 11 cases is 46A, Avenue J.F. Kennedy, L-1855 Luxembourg, R.C.S. Luxembourg.

[2]  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

Dated: December 17, 2025
Houston, Texas

/s/ John F. Higgins

| **PORTER HEDGES LLP** | **KIRKLAND & ELLIS LLP** |
|---|---|
| John F. Higgins (TX Bar No. 09597500) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Eric M. English (TX Bar No. 24062714) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| M. Shane Johnson (TX Bar No. 24083263) | 601 Lexington Avenue |
| Megan Young-John (TX Bar No. 24088700) | New York, New York 10022 |
| James A. Keefe (TX Bar No. 24122842) | Telephone:     (212) 446-4800 |
| Joanna D. Caytas (TX Bar No. 24127230) | Facsimile:     (212) 446-4900 |
| 1000 Main St., 36th Floor | Email:     joshua.sussberg@kirkland.com |
| Houston, Texas 77002 | |
| Telephone:     (713) 226-6000 | -and- |
| Facsimile:     (713) 226-6248 | |
| Email:     jhiggins@porterhedges.com | Chad J. Husnick, P.C. (admitted *pro hac vice*) |
|              eenglish@porterhedges.com | John R. Luze, P.C. (admitted *pro hac vice*) |
|              sjohnson@porterhedges.com | Jeffrey T. Michalik (admitted *pro hac vice*) |
|              myoung-john@porterhedges.com | David R. Gremling (admitted *pro hac vice*) |
|              jkeefe@porterhedges.com | 333 West Wolf Point Plaza |
|              jcaytas@porterhedges.com | Chicago, Illinois 60654 |
| | Telephone:     (312) 862-2000 |
| | Facsimile:     (312) 862-2200 |
| | Email:     chad.husnick@kirkland.com |
| |              john.luze@kirkland.com |
| |              jeff.michalik@kirkland.com |
| |              dave.gremling@kirkland.com |

*Proposed Co-Counsel for the Debtors*          *Proposed Co-Counsel for the Debtors*
*and Debtors in Possession*                         *and Debtors in Possession*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on December 17, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.  Additionally, the foregoing document will be served as set forth in a forthcoming affidavit filed by the Debtor's claims agent.

/s/ *John F. Higgins*
John F. Higgins