# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| KLEOPATRA FINCO S.À R.L., *et al.*,[1] | ) Case No. 25-90642 (CML) |
| Debtors. | ) (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Pauline Aragon, depose and say that I am employed by Stretto, the claims, noticing, and solicitation agent for the Debtors in the above-captioned case.

On December 16, 2025, at my direction and under my supervision employees of Stretto caused the following documents to be served via first-class mail on eleven (11) confidential parties not included herein, pursuant to USPS forwarding instructions:

- **Notice of Chapter 11 Bankruptcy Case** (Substantially in the form attached as **Exhibit 1** of the **Creditor Matrix Order** filed as Docket No. 96, and Message Regarding Notice of Commencement attached hereto as **Exhibit A**)

- **Notice of (I) Commencement of Prepackaged Chapter 11 Bankruptcy Cases; (II) Hearing Approving the Disclosure Statement, Confirming the Joint Prepackaged Chapter 11 Plan, and Related Matters; and (III) Objection Deadlines and Summary of the Debtors' Joint Prepackaged Chapter 11 Plan** (Substantially in the form attached as **Exhibit 1** of the **Disclosure Statement Order** filed as Docket No. 83)

- **Notice of (I) Non-Voting Status of Certain Claims and Interests and (II) Opportunity for Holders of Such Claims or Interests to Opt Out of the Plan Release** (Substantially in the form attached as **Exhibit 5** of the **Disclosure Statement Order** filed as Docket No. 83)

Furthermore, on December 16, 2025, at my direction and under my supervision employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit B**, and on four (4) confidential parties not included herein, pursuant to USPS forwarding instructions:

- **Notice of Chapter 11 Bankruptcy Case** (Substantially in the form attached as **Exhibit 1** of the **Creditor Matrix Order** filed as Docket No. 96)

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Klockner. The location of Kleopatra Finco S.à r.l.'s principal place of business and the Debtors' service address in these chapter 11 cases is 46A, Avenue J.F. Kennedy, L-1855 Luxembourg, R.C.S. Luxembourg.

- **Notice of (I) Commencement of Prepackaged Chapter 11 Bankruptcy Cases; (II) Hearing Approving the Disclosure Statement, Confirming the Joint Prepackaged Chapter 11 Plan, and Related Matters; and (III) Objection Deadlines and Summary of the Debtors' Joint Prepackaged Chapter 11 Plan** (Substantially in the form attached as **Exhibit 1** of the **Disclosure Statement Order** filed as Docket No. 83)

- **Notice of (I) Non-Voting Status of Certain Claims and Interests and (II) Opportunity for Holders of Such Claims or Interests to Opt Out of the Plan Release** (Substantially in the form attached as **Exhibit 5** of the **Disclosure Statement Order** filed as Docket No. 83)

Dated: December 19, 2025

*/s/ Pauline Aragon*
Pauline Aragon
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800.634.7734
Email: KPInquiries@stretto.com

# **Exhibit A**

# Message Regarding Notice of Commencement



**English**

As kp progresses through its voluntary court-supervised restructuring, you will occasionally receive legal notices in the mail. These customary notices are procedural in nature and are sent to all of kp's stakeholders – including employees, vendors, and others, who have engaged with kp over the past few years – to keep them informed of key milestones.

Enclosed is a "Notice of Commencement," which announces, among other things, the beginning of kp's Chapter 11 process and relevant information concerning the proceedings. No action is required from you in connection with this mailing.

**Key things for you to know about this mailing:**

- No action is required from you.
- kp is continuing to operate as usual.
- Employees will continue to receive pay and benefits as usual.

**Deutsch**

**Mitteilung bezüglich der Bekanntgabe des Aufnahmeverfahrens**

Im Zuge der freiwilligen, gerichtlich beaufsichtigten Umstrukturierung von kp werden Sie gelegentlich rechtliche Mitteilungen per Post erhalten. Diese üblichen Mitteilungen sind verfahrensrechtlicher Natur und werden an alle Interessengruppen (Stakeholder) von kp versandt – einschließlich Mitarbeiter, Lieferanten und andere, die in den letzten Jahren mit kp zusammengearbeitet haben –, um sie über wichtige Meilensteine auf dem Laufenden zu halten.

Beiliegend finden Sie eine „Bekanntmachung über den Verfahrensbeginn", die unter anderem den Beginn des Chapter-11-Verfahrens von kp und relevante Informationen zum Verfahren ankündigt. Im Zusammenhang mit dieser Postsendung sind keine Maßnahmen Ihrerseits erforderlich.

**Wichtige Informationen zu dieser Mitteilung:**

- Es sind keine Maßnahmen Ihrerseits erforderlich.
- kp setzt seine Geschäftstätigkeit wie gewohnt fort.
- Die Mitarbeiter erhalten weiterhin ihre Gehälter und Leistungen wie gewohnt.

**Español**

**Notificacion en relacion con el inicio**

A medida que kp avanza en su proceso de reestructuración voluntaria supervisada por el tribunal, usted recibirá ocasionalmente notificaciones legales por correo. Estas notificaciones son habituales, de naturaleza procesal y se envían a todas las partes interesadas de kp, incluidos empleados, proveedores y otras personas que han colaborado con kp en los últimos años para mantenerlos informados de los hitos clave.

Se adjunta una «Notificación de inicio», en la cual e se anuncia, entre otras cosas, el inicio del proceso del Capítulo 11 de kp junto con información relevante relativa al procedimiento. No es necesaria ninguna acción de su parte.

**Aspectos clave que debe saber sobre este envío:**

- No es necesario que realice ninguna acción.
- kp sigue funcionando con normalidad.
- Los empleados seguirán recibiendo su salario y prestaciones como de costumbre.

**Français**

**Message concernant l'avis de commencement**

Au fur et à mesure que kp progresse dans sa restructuration volontaire supervisée par le tribunal, vous recevrez occasionnellement des avis juridiques par courrier. Ces avis habituels sont de nature procédurale et sont envoyés à toutes les parties prenantes de kp, y compris les employés, les fournisseurs et autres personnes qui ont collaboré avec kp au cours des dernières années, afin de les tenir informés des étapes clés.

Vous trouverez ci-joint un « avis de commencement » qui annonce, entre autres, le début de la procédure du chapitre 11 de kp et les informations pertinentes concernant la procédure. Aucune action n'est requise de votre part en rapport avec cet envoi.

**Points importants à savoir concernant cet envoi :**

- Aucune action n'est requise de votre part.
- kp continue à fonctionner comme d'habitude.
- Les employés continueront à recevoir leur salaire et leurs avantages sociaux comme d'habitude.

# **<u>Exhibit B</u>**

Case 25-90642   Document 255   Filed in TXSB on 12/19/25   Page 6 of 6



**Exhibit B**
Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Anybill Financial Services, Inc. | PO Box 34781 | | Bethesda | MD | 20827-0781 |
| Brown & O'Malley | PO Box 33280 | | N Royalton | OH | 44133-0280 |
| Colonial Webb | 2275 Seminole Ln | | Charlottesvle | VA | 22901-8300 |
| Compsych Employee Assistance | 130 E Randolph St | Ste 700 | Chicago | IL | 60601-6164 |
| Park Place Technologies LLC | 747 Alpha Dr | | Cleveland | OH | 44143-2124 |
| Photoworks Creative Group, Inc. | 5743 Free Union Rd | | Free Union | VA | 22940-1803 |
| Solar Products, Inc | 425 Hanley Industrial Ct | | Saint Louis | MO | 63144-1511 |
| Tech Star, Inc. | PO Box 130 | | Bassett | VA | 24055-0130 |

In re: Kleopatra Finco S.à r.l., et al.
(Case No. 24-90642) (CML)

Page 1 of 1