UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| KLEOPATRA FINCO S.À R.L., *et al.*,[1] | ) ) ) | Case No. 25-90642 (CML) |
| Debtors. | ) ) ) | (Jointly Administered) |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' MONTHLY OPERATING REPORT FOR THE PERIOD OF NOVEMBER 4, 2025, THROUGH NOVEMBER 30, 2025**

On November 4, 2025 (the "Petition Date"), the above-captioned debtors and debtors in possession (each, a "Debtor," and collectively, the "Debtors") filed voluntary petitions in the United States Bankruptcy Court for the Southern District of Texas (the "Court") commencing cases for relief under chapter 11 of the Bankruptcy Code. On November 5, 2025, the Court entered the *Order (I) Directing Joint Administration of the Debtors' Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 47].

The factual background regarding the Debtors, including their business operations, their capital structure, and the events leading to the filing of these chapter 11 cases, is set forth in detail in the *Declaration of Marc Rotella, Chief Financial Officer of Kleopatra Finco S.à r.l., in Support of First Day Motions* [Docket No. 4] (the "First Day Declaration").[2] Additional information about these chapter 11 cases, court filings, and claims information is available at the website maintained by the Debtors' claims and noticing agent: https://cases.stretto.com/Klockner.

The Debtors have prepared and filed the attached Monthly Operating Report and the exhibits thereto (the "MOR") for the period including November 4, 2025, through November 30, 2025 (the "Reporting Period"), pursuant to rules 2015 and 9009 of the Federal Rules of Bankruptcy Procedure and in accordance with Part 58, section 58.8, of the Code of Federal Regulations – Title 28.

The Debtors have historically prepared consolidated quarterly and annual financial statements in accordance with the International Financial Reporting Standards ("IFRS") issued by the International Accounting Standards Board. The financial information contained herein is limited in scope, covers a limited time period, and is presented on a preliminary and unaudited

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Klockner. The location of Kleopatra Finco S.à r.l.'s principal place of business and the Debtors' service address in these chapter 11 cases is 46A, Avenue J.F. Kennedy, L-1855 Luxembourg, R.C.S. Luxembourg.

[2] Capitalized terms used but not defined herein have the meaning given to them in the First Day Declaration.

1

basis. As such, the MOR has not been subject to procedures that would typically be applied to financial statements prepared in accordance with IFRS, generally accepted accounting principles utilized in the United States of America ("GAAP"), or any other accounting standards, nor does the MOR include all of the information and footnotes required by any such accounting standards. Upon the application of such procedures, the financial information could be subject to changes, which could be material. The MOR neither purports to represent financial statements prepared in accordance with IFRS, nor is it intended to be fully reconciled with the financial statements of each Debtor.

The results of operations and financial position contained herein are not necessarily indicative of results that may be expected for any period other than the Reporting Period and may not necessarily reflect the Debtors' future consolidated results of operations and financial position. Unless otherwise noted herein, the MOR generally reflects the Debtors' books and records and financial activity occurring during the Reporting Period. Except as may be otherwise noted, no adjustments have been made for activity occurring after the close of the Reporting Period. The MOR presents the Debtors' best estimates for the Reporting Period, but there can be no assurance that such information is complete, and the MOR may be subject to material amendment, modification, or supplement. These notes, statements, and limitations should be referred to, and referenced in connection with, any review of the MOR, of which they comprise an integral and material part.

## **RESERVATION OF RIGHTS**

The information furnished in this MOR includes normal recurring adjustments but does not include all of the adjustments that typically would be made for interim financial statements presented in accordance with IFRS or any other accounting standards. Although the Debtors made commercially reasonable efforts to ensure the accuracy and completeness of the MOR, inadvertent errors or omissions may exist. Accordingly, the Debtors hereby reserve all rights to dispute the validity, status, enforceability, or executory nature of any claim amount, agreement, representation, or other statement set forth in this MOR. Further, the Debtors reserve the right to amend, modify, or supplement this MOR in all respects, if necessary or appropriate, but undertake no obligation to do so. Nothing contained in this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases or otherwise.

The financial statements of the Debtors' non-debtor affiliates have not been included in the MOR. Unless otherwise indicated, all amounts in the MOR are reflected in U.S. Dollars rounded to the nearest Dollar. The Debtors conduct business in multiple currencies. Solely for the purpose of preparing the MOR, non-U.S. currency amounts have been translated using publicly available prevailing foreign exchange rates as of November 4, 2025, for opening cash balances, as of November 30, 2025, for the Debtors' balance sheets, and for the monthly period from November 4, 2025, to November 30, 2025, for the Debtors' income statement. Such translations are provided for illustrative purposes only and may differ materially from both current market values at the time of the transactions described in the MOR. Due to the fluctuations in exchange rates, the translation of individual accounts may not agree to other amounts presented in the MOR, and subtotals may differ from the arithmetic sum of the amounts shown.

**SUPPORTING DOCUMENTATION AND CERTAIN
ADJUSTMENTS, LIMITATIONS, METHODOLOGY, AND DISCLAIMERS**

While the Debtors do not restate the above notes and reservations or rights in their entirety here, such notes and reservations apply to the entire MOR and each individual response or other item included in the MOR.  In addition to such notes and reservations, the Debtors offer the following explanatory notes.

**Part 1.  Cash Receipts and Disbursements:**

- Intercompany receipts and disbursements are excluded from Parts 1(b) and 1(c), respectively.  As such, the ending cash balances in Part 1 will not agree with the ending cash balances in the Debtors' bank statements or the Debtors' books and records.  A reconciliation of end-of-month bank balances to the balances presented in Part 1 is provided in the attached Statement of Cash Receipts and Disbursements.

**Part 2.  Asset and Liability Status:**

- Post-petition payables (excluding taxes) (item 2(f)):  Post-petition payables figures have been estimated using commercially reasonable efforts by examining outstanding payables that were received in the reporting period and estimating other accrued expenses.

- Prepetition secured debt (item 2(k)):  Prepetition secured debt is comprised of the approximate amounts outstanding under the Debtors' Other Local (Super Senior) Debt, Additional Term Loan, Revolving Credit Facility, EUR Term Loan, USD Term Loan, 1L Notes, and 2L Notes.  A detailed description of the Debtors' capital structure and secured debt obligations is set forth in the First Day Declaration.

- Prepetition unsecured debt and total liabilities (debt) (items 2(m) and 2(n)):  Prepetition unsecured debt is comprised of all liabilities not included in items 2(j), 2(k), and 2(l).  The Debtors have made commercially reasonable efforts to determine prepetition and post-petition payables by Debtor entity for purposes of the MOR.  Certain estimates and prorations were used to determine the amounts of prepetition payables for each Debtor entity.  In connection with the commencement of these chapter 11 cases, the Debtors instituted new practices and procedures to distinguish between prepetition and post-petition liabilities in their accounting systems.

- Post-petition taxes payable and prepetition priority liabilities (debt) (items 2(h) and 2(l)):  The balances recorded by certain entities reflect negative balances in Items 2(h) or 2(l).  These amounts represent prepayments or overpayments of taxes, net of related tax liabilities, that are expected to be settled in future periods.

- Pursuant to article 600-1 of the Luxembourg law on commercial companies dated 10 August 1915, as amended (the "Companies Law"), Luxembourg partnerships limited by shares are established by "one or more shareholders who are indefinitely and jointly and severally liable for the obligations of the company and one or more shareholders who only contribute a specific share of capital." Kleopatra Senior Holdings GP S.à r.l. is the unlimited general partner of Kleopatra Holdings 2, meaning that it is in such capacity indefinitely and jointly and severally liable for all obligations of Kleopatra Holdings 2 under the Companies Law. Accordingly, the liabilities listed on the MOR for Kleopatra Senior Holdings GP S.à r.l. are the same as the liabilities listed on the MOR for Kleopatra Holdings 2.

**Part 4.  Income Statement:**

- Depreciation and/or amortization (item 4(g)):  Depreciation is recorded within cost of goods sold, selling expense, research and development expense, and general and administrative expense on the Debtors' income statements.  The amounts presented in item 4(g) reflect depreciation of owned and leased buildings, technical equipment and machinery, and other assets as well as amortization of purchased software, technology, and other intangible assets.

- Reorganization items (item 4(j)):  Reorganization items represent expenses incurred as a result of filing the chapter 11 cases, including the accrued fees and expenses of chapter 11 professionals consistent with the budget approved in connection with the Debtors' post-petition financing.  The amounts reported in item 4(j) are recorded in the Debtors' income statements under "Financing costs."

**Part 5. Professional Fees and Expenses:**

- Payments to Stretto, Inc. were made pursuant to the *Order Authorizing the Employment and Retention of Stretto, Inc. as Claims, Noticing, and Solicitation Agent* [Docket. No. 49].

**Part 6.  Post-petition Taxes:**

- The Debtors operate in multiple jurisdictions worldwide, including the United States. Accordingly, the post-petition taxes reported in Part 6 include tax obligations to taxing authorities in various countries and are not limited only to obligations owed to U.S. taxing agencies.

**Part 7.  Questionnaire:**

- Question 7(a):  In accordance with relief granted by the Court on certain of the Debtors' first day motions, the Debtors have made certain payments on account of prepetition obligations.  Further details regarding the relief requested, the relief granted, and the payments projected to be made by the Debtors is set forth in the applicable first day motions and orders.  Question (a) has been answered "Yes" for entities that have made payments on prepetition obligations as authorized by the first day motions.

- Question 7(c):  LINPAC Group Holdings Limited., Klöckner Pentaplast of America, Inc., and KP Holding GmbH & Co. KG answered "Yes" where employee or director compensation payments were confirmed to have been made to insiders in the ordinary course of business.

- Question 7(g):  In connection with the Debtors' commencement of the chapter 11 cases, the Debtors filed the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing The Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Granting Adequate Protection To Certain Prepetition Secured Parties, (IV) Modifying The Automatic Stay, (V) Scheduling A Final Hearing, and (VI) Granting Related Relief* [Docket No. 24] (the "DIP Motion"), which requested approval of the DIP Facility.  The Court approved the DIP Motion on an interim basis in the *Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Granting Adequate Protection To Certain Prepetition Secured Parties, (IV) Modifying The Automatic Stay, (V) Scheduling A Final Hearing, And (VI) Granting Related Relief* [Docket No. 85] (the "Interim DIP Order") and on a final basis in the *Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Granting Adequate Protection To Certain Prepetition Secured Parties, (IV) Modifying The Automatic Stay, (V) Scheduling A Final Hearing, And (VI) Granting Related Relief* [Docket No. 192] (the "Final DIP Order").  Question (g) has been answered "Yes" for Kleopatra Finco S.à r.l., Klöckner Pentaplast of America, Inc., and Klöckner Pentaplast GmbH as borrowers under the DIP Facility.  A list of the Debtor guarantors under the DIP Facility is included in the Final DIP Order.

- Question 7(i):  In addition to workers' compensation insurance coverage in the U.S., the company has comparable programs in other jurisdictions around the world as required by local laws.  In such instances the Debtors generally pay premiums for workers' compensation coverage administered through government-managed programs in the jurisdictions where they operate.  The Debtors are current on related premiums where applicable.

**Statement of Cash Receipts and Disbursements**:

- Cash balances, receipts, and disbursements reflect bank activity during the Reporting Period.  Timing differences in recognition of certain transactions may create differences between bank balances and cash balances reported in the Balance Sheet attachment to the MOR.

- Where applicable, the Debtors convert non-USD cash transactions to USD using applicable currency exchange rates.  The impact of changes in exchange rates is captured under the FX Impacts line in the cash attachment.

**Balance Sheet:**

- Reconciliation differences will exist between bank statement balances and balance sheet cash balances due to ordinary-course timing differences between payment execution in the Debtors' financial system and disbursement of funds from Debtor bank accounts.

- As noted above, the Debtors were authorized to obtain postpetition financing pursuant to the Interim DIP Order and Final DIP Order. The allocation of the borrowings amongst the Debtor borrowers has not been finalized and remains subject to adjustment. For purposes of these reports, the full amount of the outstanding balances have been recorded by Klöckner Pentaplast GmbH.

*In re: Kleopatra Finco S.à r.l.*
Lead Case No: 25-90642 (CML)
Statement of Cash Receipts and Disbursements for the period from November 4, 2025 through November 30, 2025

| | 25-90643 | 25-90644 | 25-90642 | 25-90646 | 25-90647 | 25-90648 | 25-90650 | 25-90652 | 25-90654 | 25-90657 | 25-90660 | 25-90645 | 25-90649 | 25-90651 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Infia Midco 1 Limited | Infia Midco 2 Limited | Kleopatra Finco S.à r.l. | Kleopatra Holdings 2 | Kleopatra Lux 2 S.à r.l. | Kleopatra Senior Holdings GP S.à r.l. | Kleopatra UK Limited | Klöckner Pentaplast Europe GmbH & Co. KG | Klöckner Pentaplast GmbH | Klöckner Pentaplast Limited | Klöckner Pentaplast of America, Inc. | Klöckner Pentaplast Verwaltungs GmbH | KP Holding GmbH & Co. KG | KP Holding Verwaltungs GmbH |
| Beginning bank cash balance | $ 2,000 | $ 2,000 | $ 4,180,428 | $ 189,269 | $ 168,126 | $ - | $ 2,241 | $ 8,673,193 | $ 27,126,752 | $ 881,528 | $ 9,069,980 | $ 8,310 | $ 97,265 | $ 19,450 |
| Third-party receipts | - | - | - | - | - | - | - | 42,299,623 | 148,089,600 | 43,975 | 27,396,826 | - | 3,629,968 | - |
| Third-party disbursements | - | - | (290,996) | (872,164) | (1) | - | - | (8,626,177) | (36,056,012) | (5,181,476) | (48,852,221) | - | (80,735) | (108,721) |
| Ending cash balance, net of other activities | $ 2,000 | $ 2,000 | $ 3,889,431 | $ (682,894) | $ 168,125 | $ - | $ 2,241 | $ 42,346,639 | $ 139,160,340 | $ (4,255,973) | $ (12,385,415) | $ 8,310 | $ 3,646,497 | $ (89,271) |
| Intercompany transfers | - | - | - | 1,968,758 | - | - | - | (34,914,675) | (78,187,593) | 6,199,396 | 28,966,420 | - | (3,411,970) | 115,660 |
| FX impacts | - | - | (34) | 0 | 989 | - | (0) | 68,026 | 188,765 | (3,910) | 124,689 | 0 | (0) | 0 |
| Ending bank cash balance | $ 2,000 | $ 2,000 | $ 3,889,397 | $ 1,285,864 | $ 169,114 | $ - | $ 2,241 | $ 7,499,990 | $ 61,161,512 | $ 1,939,514 | $ 16,705,694 | $ 8,310 | $ 234,527 | $ 26,389 |
| Total disbursements subject to UST fees | $ - | $ - | $ 290,996 | $ 872,164 | $ 1 | $ - | $ - | $ 8,626,177 | $ 36,056,012 | $ 5,181,476 | $ 48,852,221 | $ - | $ 80,735 | $ 108,721 |

In re: Kleopatra Finco S.à r.l.
Lead Case No: 25-90642 (CML)
Statement of Cash Receipts and Disbursements for the period from November 4, 2025 through November 30, 2025

| | 25-90653 | 25-90641 | 25-90656 | 25-90658 | 25-90661 | 25-90663 | 25-90665 | 25-90664 | 25-90662 | 25-90655 | 25-90659 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | KP International Holding GmbH | KPP Texas, LLC | LINPAC Group Holdings Limited | LINPAC Holdings (Northern Europe) GmbH | Linpac Packaging B.V. | LINPAC Packaging Holdings S.L.U. | LINPAC Packaging Limited | LINPAC Packaging Pontivy S.A.S. | LINPAC Packaging Pravia SA | New Linpac LuxCo 2 S.à r.l. | PICNAL FRANCE SAS |
| Beginning bank cash balance | $ 54,624 | $ - | $ 352,565 | $ 74,638 | $ 433,598 | $ 1,162,355 | $ 2,075,021 | $ 2,181,568 | $ (996,931) | $ 2,912 | $ 63,654 |
| Third-party receipts | - | - | - | 1,004,054 | 285,097 | - | 6,887,740 | 10,023,364 | 10,265,117 | - | - |
| Third-party disbursements | (656) | - | (1,963,032) | - | (289,381) | (21,235) | (8,436,226) | (13,733,127) | (15,697,329) | - | (29,374) |
| Ending cash balance, net of other activities | $ 53,968 | $ - | $ (1,610,467) | $ 1,078,692 | $ 429,314 | $ 1,141,121 | $ 526,534 | $ (1,528,195) | $ (6,429,143) | $ 2,912 | $ 34,280 |
| Intercompany transfers | - | - | 20,505,381 | (54,399) | 578,300 | - | 10,399,102 | 9,199,438 | 10,495,106 | - | 497,338 |
| FX impacts | (0) | - | 865 | 1,988 | 284 | 0 | 7,213 | (1,756) | (0) | (0) | 42 |
| Ending bank cash balance | $ 53,968 | $ - | $ 18,895,779 | $ 1,026,281 | $ 1,007,898 | $ 1,141,121 | $ 10,932,850 | $ 7,669,488 | $ 4,065,963 | $ 2,912 | $ 531,660 |
| Total disbursements subject to UST fees | $ 656 | $ - | $ 1,963,032 | $ - | $ 289,381 | $ 21,235 | $ 8,436,226 | $ 13,733,127 | $ 15,697,329 | $ - | $ 29,374 |

In re: Kleopatra Finco S.à r.l.
Lead Case No: 25-90642 (CML)
Balance Sheets of the Debtor Entities as of November 30, 2025

| | 25-90643 | 25-90644 | 25-90642 | 25-90646 | 25-90647 | 25-90648 | 25-90650 | 25-90652 | 25-90654 | 25-90657 | 25-90660 | 25-90645 | 25-90649 | 25-90651 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Infia Midco 1 Limited | Infia Midco 2 Limited | Kleopatra Finco S.à r.l. | Kleopatra Holdings 2 | Kleopatra Lux 2 S.à r.l. | Kleopatra Senior Holdings GP S.à r.l. | Kleopatra UK Limited | Klöckner Pentaplast Europe GmbH & Co. KG | Klöckner Pentaplast GmbH | Klöckner Pentaplast Limited | Klöckner Pentaplast of America, Inc. | Klöckner Pentaplast Verwaltungs GmbH | KP Holding GmbH & Co. KG | KP Holding Verwaltungs GmbH |
| Cash and cash equivalents | $ - | $ - | $ 3,887,397 | $ 1,283,864 | $ 167,114 | $ - | $ 241 | $ 7,439,670 | $ 39,873,182 | $ 1,937,514 | $ 16,705,694 | $ 6,308 | $ 232,527 | $ 24,389 |
| Restricted cash | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | - | 2,000 | 60,320 | 21,288,330 | 2,000 | - | 2,002 | 2,000 | 2,000 |
| Trade accounts receivable, net | - | - | - | - | - | - | - | 15,677,890 | 101,308 | 17,632 | 11,357,833 | - | - | - |
| Intercompany accounts receivable | - | - | - | 32,770,135 | 7,790 | - | - | 33,691,848 | 57,295,097 | 5,168,467 | 46,983,460 | 35,097 | 4,677,481 | 289,338 |
| Inventories, net | - | - | - | - | - | - | - | 6,432,115 | 27,512,774 | 1,421,036 | 38,405,523 | - | - | - |
| Recoverable income taxes and prepayments | - | - | - | 162,349 | (75,720) | - | - | 174,708 | 247,054 | - | 3,748,500 | - | 86,689 | - |
| Derivative financial instruments | - | - | - | - | - | - | - | - | - | - | 2,820,183 | - | - | - |
| Current intercompany loans receivable, net | - | 82,118,600 | 60,295,566 | - | 1,405,723 | - | 52,000,800 | 198,192,349 | 1,208,977,218 | 16,040,793 | 410,139,593 | 41,271 | 6,610,220 | - |
| Other current assets | 1 | 1 | - | 218,292 | 4,378 | - | - | 20,282,347 | 3,703,075 | 1,151,345 | 19,760,653 | 2,386 | 2,351,968 | (1,417) |
| **Total current assets** | $ 2,001 | $ 82,120,601 | $ 64,184,963 | $ 34,436,640 | $ 1,511,285 | $ - | $ 52,003,041 | $ 281,951,247 | $ 1,358,998,038 | $ 25,738,787 | $ 549,921,439 | $ 87,064 | $ 13,960,885 | $ 314,310 |
| Property plant and equipment, net | - | - | - | - | - | - | - | 3,946,460 | 86,738,764 | 6,753,034 | 193,211,837 | - | - | - |
| Right-of-use assets, net | - | - | - | - | - | - | - | 863,654 | 42,142,120 | 428,925 | 25,473,764 | - | - | - |
| Intangible assets - goodwill, net | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intangible assets - other, net | - | - | - | - | - | - | - | 6,707,041 | 510,794 | 75,097 | 988,775 | - | - | - |
| Investment in subsidiaries | 17,598,013 | 17,598,012 | 1,218,941,076 | 579,347,277 | 931,273,675 | - | 95,666,343 | - | 472,986,294 | - | 2,666,061 | 1 | 870,785,922 | - |
| Intercompany loans receivable, net | - | - | 159,509,306 | - | 6,532,835 | - | - | - | 2,370,500 | - | 222,080,140 | - | - | - |
| Deferred tax assets | - | - | - | - | 778,712 | - | - | - | 34,757,889 | - | - | - | - | - |
| Other non-current assets | - | - | - | - | - | - | - | 404,222 | 80,239 | - | 2,035,769 | - | - | - |
| **Total non-current assets** | $ 17,598,013 | $ 17,598,012 | $ 1,378,450,382 | $ 579,347,277 | $ 938,585,222 | $ - | $ 95,666,343 | $ 11,921,377 | $ 639,586,600 | $ 7,257,056 | $ 446,456,346 | $ 1 | $ 870,785,922 | $ - |
| **Total assets** | $ 17,600,014 | $ 99,718,613 | $ 1,442,635,345 | $ 613,783,917 | $ 940,096,507 | $ - | $ 147,669,384 | $ 293,872,624 | $ 1,998,584,638 | $ 32,995,843 | $ 996,377,785 | $ 87,065 | $ 884,746,807 | $ 314,310 |
| Accounts payable and accrued expenses | $ - | $ - | $ 16,492,228 | $ 4,697,252 | $ 18,451 | $ 4,697,252 | $ - | $ 12,904,480 | $ 36,170,304 | $ 4,324,053 | $ 51,084,853 | $ - | $ 60,352 | $ - |
| Intercompany accounts payable | - | - | 448,849 | 56,039,075 | 766,961 | 56,039,075 | 69,354 | 57,254,571 | 9,664,801 | 1,320,095 | 27,385,773 | 10,834 | 26,785,987 | - |
| Lease liabilities, current | - | - | - | - | - | - | - | 462,004 | 6,019,870 | 181,661 | 8,866,695 | - | - | - |
| Income taxes payable | - | - | - | 156,780 | (133,959) | 156,780 | - | 61,489 | 2,827,490 | - | 575,507 | - | 40,213 | - |
| Provisions for current liabilities and charges | - | - | 448,137 | - | - | - | - | 1,601,839 | 3,224,123 | 13,004 | 3,179,530 | 8,802 | 5,058 | - |
| Short-term debt | - | - | 362,709,224 | - | - | - | - | - | 1,132,059,709 | - | 933,555,630 | - | - | - |
| Intercompany current loans payable | 16 | 100,247,537 | 280,839,896 | 35,514,127 | 16 | 35,514,127 | 16 | 2,710,954 | 525,705,973 | 16 | 478,324,666 | 16 | 588,508 | 263,973 |
| Related party current loans payable | - | - | 48,774,206 | - | - | - | - | - | - | - | - | - | - | - |
| Other current liabilities | - | - | 12,018 | 2,375,422 | 136,697 | 2,375,422 | 4,561 | 12,973,455 | 2,586,488 | 1,557,454 | 6,661,052 | 51,028 | 71,743 | 33,301 |
| **Total current liabilities** | $ 16 | $ 100,247,537 | $ 709,724,558 | $ 98,782,656 | $ 788,166 | $ 98,782,656 | $ 73,931 | $ 87,968,792 | $ 1,718,258,758 | $ 7,396,283 | $ 1,509,633,706 | $ 70,680 | $ 27,551,861 | $ 297,274 |
| Long-term debt | - | - | 349,243,424 | (1,794,716) | - | (1,794,716) | - | - | - | - | 15,876,859 | - | - | - |
| Lease liabilities | - | - | - | - | - | - | - | 395,350 | 41,230,820 | 310,972 | 19,219,154 | - | - | - |
| Other non-current provisions | - | - | - | - | - | - | - | 8,256,307 | 32,296,737 | - | - | - | 1,179,148 | - |
| Deferred tax liabilities | - | - | - | - | - | - | - | - | - | - | 9,096,570 | - | - | - |
| Intercompany loans payable | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 166,953,078 | 2,000 | 12,972,569 | 2,002 | 6,534,835 | 2,000 |
| Other long-term liabilities | - | - | - | - | - | - | - | 374,235 | - | 67,565 | - | - | - | - |
| **Total non-current liabilities** | $ 2,000 | $ 2,000 | $ 349,245,424 | $ (1,792,716) | $ 2,000 | $ (1,792,716) | $ 2,000 | $ 9,027,892 | $ 240,480,635 | $ 380,537 | $ 57,165,152 | $ 2,002 | $ 7,713,983 | $ 2,000 |
| **Total liabilities** | $ 2,016 | $ 100,249,537 | $ 1,058,969,982 | $ 96,989,940 | $ 790,166 | $ 96,989,940 | $ 75,931 | $ 96,996,684 | $ 1,958,739,393 | $ 7,776,820 | $ 1,566,798,858 | $ 72,682 | $ 35,265,844 | $ 299,274 |
| **Net assets** | $ 17,597,998 | $ (530,924) | $ 383,665,363 | $ 516,793,977 | $ 939,306,341 | $ (96,989,940) | $ 147,593,453 | $ 196,875,940 | $ 39,845,245 | $ 25,219,023 | $ (570,421,073) | $ 14,383 | $ 849,480,963 | $ 15,036 |
| Subscribed capital | $ 3 | $ 3 | $ 13,884 | $ 3,540,207 | $ 27,365,156 | $ - | $ 4 | $ 115,660 | $ 28,915 | $ 18,931,016 | $ 3,515 | $ 28,915 | $ 116 | $ 28,915 |
| Additional paid-in capital | 17,598,012 | 17,598,010 | 546,520,227 | 356,860,558 | 449,012,022 | (96,989,940) | 45,665,710 | 105,811,620 | 789,666,813 | - | (522,400,631) | - | 931,559,235 | - |
| Retained earnings (Accumulated deficit) | (17) | (18,128,937) | (162,868,748) | 156,393,212 | 462,929,163 | - | 91,946,223 | 89,974,499 | (661,888,028) | 21,553,987 | 21,182,366 | (14,532) | (82,371,649) | (13,879) |
| Accumulated other comprehensive income (loss) | - | - | - | - | - | - | 9,981,516 | 974,161 | (87,962,455) | (15,265,980) | (69,206,323) | - | 293,261 | - |
| **Total stockholders' equity/(deficit)** | $ 17,597,998 | $ (530,924) | $ 383,665,363 | $ 516,793,977 | $ 939,306,341 | $ (96,989,940) | $ 147,593,453 | $ 196,875,940 | $ 39,845,245 | $ 25,219,023 | $ (570,421,073) | $ 14,383 | $ 849,480,963 | $ 15,036 |
| Non-controlling interests | | | | | | | | | | | | | | |
| **Total equity** | | | | | | | | | | | | | | |
| **Total liabilities and equity** | $ 17,600,014 | $ 99,718,613 | $ 1,442,635,345 | $ 613,783,917 | $ 940,096,507 | $ - | $ 147,669,384 | $ 293,872,624 | $ 1,998,584,638 | $ 32,995,843 | $ 996,377,785 | $ 87,065 | $ 884,746,807 | $ 314,310 |

In re: Kleopatra Finco S.à r.l.
Lead Case No: 25-90642 (CML)
Balance Sheets of the Debtor Entities as of November 30, 2025

| | 25-90653 | 25-90641 | 25-90656 | 25-90658 | 25-90661 | 25-90663 | 25-90665 | 25-90664 | 25-90662 | 25-90655 | 25-90659 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | KP International Holding GmbH | KPP Texas, LLC | LINPAC Group Holdings Limited | LINPAC Holdings (Northern Europe) GmbH | Linpac Packaging B.V. | LINPAC Packaging Holdings S.L.U. | LINPAC Packaging Limited | LINPAC Packaging Pontivy S.A.S. | LINPAC Packaging Pravia SA | New Linpac LuxCo 2 S.à r.l. | PICNAL FRANCE SAS |
| Cash and cash equivalents | $ 51,968 | $ - | $ 18,893,779 | $ 1,026,281 | $ 1,007,898 | $ 1,139,121 | $ 10,932,850 | $ 7,667,488 | $ 4,063,963 | $ 912 | $ 529,660 |
| Restricted cash | 2,000 | - | 2,000 | - | - | 2,000 | - | 2,000 | 2,000 | 2,000 | 2,000 |
| Trade accounts receivable, net | - | - | - | - | 157,948 | - | 1,909,769 | 2,166,594 | 5,979,830 | - | - |
| Intercompany accounts receivable | 119,478 | - | 27,029,530 | 34,209 | 584,476 | 7,969,594 | 3,339,469 | 16,992,519 | 6,205,800 | - | 3,798,453 |
| Inventories, net | - | - | - | - | 7,265 | - | 7,559,421 | 12,917,057 | 14,277,883 | - | - |
| Recoverable income taxes and prepayments | 287,555 | - | - | - | 2,348,504 | 2,681,472 | 1 | - | 424 | 5,569 | 1,239,066 |
| Derivative financial instruments | - | - | - | - | - | - | - | - | - | - | - |
| Current intercompany loans receivable, net | - | - | 13,204,122 | 9,892,787 | 333,792 | 37,290,246 | 2,535,304 | 31,583,924 | 7,770,642 | - | 41,100,207 |
| Other current assets | 626 | - | 1,605,654 | (991,664) | 828,021 | 127,537 | 7,603,990 | 6,111,112 | 5,983,349 | - | 4,383 |
| Total current assets | $ 461,627 | $ - | $ 60,735,085 | $ 9,961,613 | $ 5,267,904 | $ 49,209,970 | $ 33,880,804 | $ 77,440,694 | $ 44,283,891 | $ 8,481 | $ 46,673,769 |
| Property plant and equipment, net | - | - | 327,857 | - | 38,694 | - | 18,944,676 | 21,156,396 | 21,465,105 | - | 124,645 |
| Right-of-use assets, net | - | - | 453,787 | - | 110,888 | 8,062 | 1,191,474 | 1,815,568 | 1,012,973 | - | - |
| Intangible assets - goodwill, net | - | - | - | - | - | 22,897,430 | - | - | - | - | 45,905,519 |
| Intangible assets - other, net | - | - | 516,943 | - | - | - | - | 6,627,683 | - | - | - |
| Investment in subsidiaries | 300,865,676 | - | 1,501,875,248 | 126,273,116 | - | 193,373,452 | 126,262,196 | - | 3,476 | 176,869,953 | 2,644,732 |
| Intercompany loans receivable, net | - | - | 376,162,829 | 41,517,372 | 4,626,400 | 4,933,720 | 575,220,154 | - | - | - | - |
| Deferred tax assets | - | - | - | - | - | 1,896,611 | - | - | 3,637,034 | - | 23,090,271 |
| Other non-current assets | - | - | - | 2,002 | 2,002 | - | 5,707,749 | 507,124 | - | - | - |
| Total non-current assets | $ 300,865,676 | $ - | $ 1,879,336,664 | $ 167,792,490 | $ 4,777,984 | $ 223,109,275 | $ 727,326,249 | $ 30,106,771 | $ 26,118,588 | $ 176,869,953 | $ 71,765,167 |
| Total assets | $ 301,327,303 | $ - | $ 1,940,071,749 | $ 177,754,103 | $ 10,045,888 | $ 272,319,245 | $ 761,207,053 | $ 107,547,465 | $ 70,402,479 | $ 176,878,434 | $ 118,438,936 |
| Accounts payable and accrued expenses | $ (5,172) | $ - | $ 1,721,829 | $ 5,491 | $ 733,490 | $ 66,843 | $ 13,638,356 | $ 22,739,799 | $ 10,225,901 | $ 15,134 | $ 35,383 |
| Intercompany accounts payable | - | - | 22,873,553 | 93,475,872 | 5,151,811 | 7,662,037 | 9,142,175 | 7,778,706 | 30,459,523 | 586,578 | 7,614,303 |
| Lease liabilities, current | - | - | 253,893 | - | 91,098 | 9,315 | 402,961 | 578,539 | 992,327 | - | - |
| Income taxes payable | - | - | - | - | 777,527 | (716,811) | - | (6,128) | - | - | - |
| Provisions for current liabilities and charges | - | - | 74,597 | - | 137,917 | - | 90,144 | 67,854 | 40,568 | 63,573 | - |
| Short-term debt | - | - | - | - | - | - | - | - | 3,408,786 | - | - |
| Intercompany current loans payable | 1,379,686 | - | 164,706,752 | 4,223,504 | 10,226,893 | 5,648,659 | 683,931 | 16 | 82,542 | 8,527 | 16 |
| Related party current loans payable | - | - | - | - | - | - | - | - | - | - | - |
| Other current liabilities | 43,836 | - | 352,694 | 104,526 | 853,370 | 176,508 | 7,659,943 | 4,188,738 | 5,198,568 | 63,616 | 8,511 |
| Total current liabilities | $ 1,418,350 | $ - | $ 189,983,318 | $ 97,809,393 | $ 17,972,106 | $ 12,846,551 | $ 31,617,510 | $ 35,347,524 | $ 50,408,215 | $ 737,428 | $ 7,658,213 |
| Long-term debt | - | - | - | - | - | - | - | - | 1,751,463 | - | - |
| Lease liabilities | - | - | 218,667 | - | 33,379 | - | 878,571 | 1,386,198 | 257,164 | - | - |
| Other non-current provisions | 178,505 | - | - | - | - | - | - | 428,689 | 3,749,016 | - | - |
| Deferred tax liabilities | - | - | - | - | - | - | - | - | 859,370 | - | - |
| Intercompany loans payable | 2,000 | - | 1,231,616,883 | 127,804,115 | 1,989 | 165,146,827 | 151,469,295 | 2,000 | 2,835,333 | 315,603 | 2,000 |
| Other long-term liabilities | - | - | - | - | - | - | - | - | 228,359 | - | - |
| Total non-current liabilities | $ 180,505 | $ - | $ 1,231,835,550 | $ 127,804,115 | $ 35,368 | $ 165,146,827 | $ 152,776,555 | $ 5,996,584 | $ 5,072,319 | $ 315,603 | $ 2,000 |
| Total liabilities | $ 1,598,855 | $ - | $ 1,421,818,868 | $ 225,613,508 | $ 18,007,474 | $ 177,993,378 | $ 184,394,065 | $ 41,344,108 | $ 55,480,534 | $ 1,053,031 | $ 7,660,213 |
| Net assets | $ 299,728,448 | $ - | $ 518,252,881 | $ (47,859,405) | $ (7,961,586) | $ 94,325,867 | $ 576,812,988 | $ 66,203,357 | $ 14,921,945 | $ 175,825,403 | $ 110,778,723 |
| Subscribed capital | $ 34,698 | $ - | $ 28,687,450 | $ 57,830 | $ 18,369 | $ 55,535,537 | $ 61,051,892 | $ 2,775,840 | $ 5,946,955 | $ 13,879 | $ 115,660 |
| Additional paid-in capital | 193,390,271 | - | - | - | - | - | 2,432,279 | - | - | 176,904,651 | 18,002,377 |
| Retained earnings (Accumulated deficit) | 106,290,502 | - | 410,217,954 | (47,917,235) | (7,979,955) | 36,358,051 | 653,648,234 | 62,072,312 | 4,632,045 | (1,093,127) | 92,660,686 |
| Accumulated other comprehensive income (loss) | 12,977 | - | 79,347,477 | - | - | - | (137,887,138) | 1,355,205 | - | - | - |
| Total stockholders' equity/(deficit) | $ 299,728,448 | $ - | $ 518,252,881 | $ (47,859,405) | $ (7,961,586) | $ 94,325,867 | $ 576,812,988 | $ 66,203,357 | $ 14,921,945 | $ 175,825,403 | $ 110,778,723 |
| Non-controlling interests | | | | | | | | | | | |
| Total equity | | | | | | | | | | | |
| Total liabilities and equity | $ 301,327,303 | $ - | $ 1,940,071,749 | $ 177,754,103 | $ 10,045,888 | $ 272,319,245 | $ 761,207,053 | $ 107,547,465 | $ 70,402,479 | $ 176,878,434 | $ 118,438,936 |

In re: Kleopatra Finco S.à r.l.
Lead Case No: 25-90642 (CML)
Statements of Profit (Loss) of the Debtor Entities for November 4, 2025 through November 30, 2025

| | 25-90643 | 25-90644 | 25-90642 | 25-90646 | 25-90647 | 25-90648 | 25-90650 | 25-90652 | 25-90654 | 25-90657 | 25-90660 | 25-90645 | 25-90649 | 25-90651 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Infia Midco 1 Limited | Infia Midco 2 Limited | Kleopatra Finco S.à r.l. | Kleopatra Holdings 2 | Kleopatra Lux 2 S.à r.l. | Kleopatra Senior Holdings GP S.à r.l. | Kleopatra UK Limited | Klöckner Pentaplast Europe GmbH & Co. KG | Klöckner Pentaplast GmbH | Klöckner Pentaplast Limited | Klöckner Pentaplast of America, Inc. | Klöckner Pentaplast Verwaltungs GmbH | KP Holding GmbH & Co. KG | KP Holding Verwaltungs GmbH |
| Net sales | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 41,241,594 | $ 26,913,669 | $ 2,197,013 | $ 28,612,861 | $ - | $ - | $ - |
| Cost of goods sold | - | - | - | - | - | - | - | (41,114,662) | (21,608,044) | (1,862,557) | (23,588,038) | - | 88,364 | - |
| **Gross profit** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 126,932 | $ 5,305,625 | $ 334,456 | $ 5,024,823 | $ - | $ 88,364 | $ - |
| Selling expense | - | - | - | - | - | - | - | (895,870) | (180,492) | (13,201) | (342,744) | - | - | - |
| Research and development expense | - | - | - | - | - | - | - | (102,514) | (26,506) | - | (140,679) | - | - | - |
| General and administrative expense | - | - | (35,974) | (169,217) | (21,672) | - | (42) | (1,759,921) | (231,984) | (36,591) | (1,356,263) | (978) | 88,079 | (978) |
| Other operating income | - | - | - | - | - | - | - | 72,334 | 53,635 | 272,799 | 702,296 | - | 724 | - |
| Other operating expense | - | - | (536) | 10,770 | - | - | - | (202,823) | (112,942) | (427,818) | (554,644) | - | - | - |
| **Operating income (loss)** | $ - | $ - | $ (36,510) | $ (158,447) | $ (21,672) | $ - | $ (42) | $ (2,761,862) | $ 4,807,336 | $ 129,645 | $ 3,332,790 | $ (978) | $ 177,166 | $ (978) |
| Interest income | - | - | 662,566 | - | 27,910 | - | 123,650 | 459,342 | 1,706,240 | 43,581 | 1,509,204 | 98 | 9,215 | - |
| Interest expense | (13) | (99,960) | (1,158,149) | (127,506) | (13) | - | (13) | (30,523) | (7,400,258) | (1,204) | (2,127,167) | (13) | (27,922) | (600) |
| Loss on impairment | - | - | - | - | - | - | (5,697,292) | - | - | - | - | - | - | - |
| Financing costs | - | - | (17,957,250) | (191,966) | - | - | - | (555,389) | (1,178,136) | - | (936,190) | - | - | - |
| Currency gains (losses) on financing | 0 | (1,319,526) | (18,797) | (8,916) | 3 | - | (343,536) | 2 | 2 | (147) | 79,081 | - | (9) | - |
| Other income (expense) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Income (loss) before income tax** | $ (13) | $ (1,419,486) | $ (18,508,141) | $ (486,834) | $ 6,227 | $ - | $ (5,917,233) | $ (2,888,430) | $ (2,064,815) | $ 171,875 | $ 1,857,717 | $ (892) | $ 158,450 | $ (1,578) |
| Income tax benefit (expense) | - | - | - | - | - | - | - | - | - | - | 1,301 | - | - | - |
| **Net income (loss)** | $ (13) | $ (1,419,486) | $ (18,508,141) | $ (486,834) | $ 6,227 | $ - | $ (5,917,233) | $ (2,888,430) | $ (2,064,815) | $ 171,875 | $ 1,859,018 | $ (892) | $ 158,450 | $ (1,578) |

*In re: Kleopatra Finco S.à r.l.*
*Lead Case No: 25-90642 (CML)*
Statements of Profit (Loss) of the Debtor Entities for November 4, 2025 through November 30, 2025

| | 25-90653 | 25-90641 | 25-90656 | 25-90658 | 25-90661 | 25-90663 | 25-90665 | 25-90664 | 25-90662 | 25-90655 | 25-90659 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | KP International Holding GmbH | KPP Texas, LLC | LINPAC Group Holdings Limited | LINPAC Holdings (Northern Europe) GmbH | Linpac Packaging B.V. | LINPAC Packaging Holdings S.L.U. | LINPAC Packaging Limited | LINPAC Packaging Pontivy S.A.S. | LINPAC Packaging Pravia SA | New Linpac LuxCo 2 S.à r.l. | PICNAL FRANCE SAS |
| Net sales | $ - | $ - | $ - | $ - | $ 188,017 | $ - | $ 5,818,335 | $ 11,932,904 | $ 10,000,835 | $ - | $ - |
| Cost of goods sold | - | - | 17,076 | - | (107,954) | - | (5,782,847) | (10,098,937) | (8,160,301) | - | - |
| **Gross profit** | $ - | $ - | $ 17,076 | $ - | $ 80,063 | $ - | $ 35,489 | $ 1,833,967 | $ 1,840,534 | $ - | $ - |
| Selling expense | - | - | (165,808) | - | (159,443) | - | (156,151) | (521,233) | (556,703) | - | - |
| Research and development expense | - | - | (81,695) | - | - | - | (5,358) | (55,271) | (9,509) | - | - |
| General and administrative expense | (1,879) | - | 643,281 | (1,283) | (68,379) | (33,454) | (42,956) | (279,020) | (139,573) | (17,368) | (8,278) |
| Other operating income | - | - | 304,758 | 1,285 | (1,411) | 32,879 | 536,751 | 16,135 | (306) | - | 32,423 |
| Other operating expense | - | - | (283,626) | - | 39,229 | (857) | (100,489) | (127,697) | (1,079,509) | - | - |
| **Operating income (loss)** | $ (1,879) | $ - | $ 433,987 | $ 2 | $ (109,941) | $ (1,432) | $ 267,286 | $ 866,881 | $ 54,934 | $ (17,368) | $ 24,144 |
| Interest income | - | - | 1,224,875 | 17,594 | - | 106,058 | 445,841 | 85,691 | 32,092 | - | 99,098 |
| Interest expense | (3,800) | - | (1,519,103) | (253,686) | 302 | (362,021) | (222,735) | (9,104) | (37,842) | (1,541) | (13) |
| Loss on impairment | - | - | 219,069 | - | - | - | (4,295) | - | - | - | - |
| Financing costs | - | - | - | - | (859) | - | (73,881) | (75,825) | (72,041) | - | - |
| Currency gains (losses) on financing | (0) | - | 2,970,183 | - | - | (0) | (579,354) | 2 | 2,551 | 3 | - |
| Other income (expense) | - | - | (27) | - | - | - | (12,078) | - | - | - | - |
| **Income (loss) before income tax** | $ (5,679) | $ - | $ 3,328,984 | $ (236,089) | $ (110,497) | $ (257,395) | $ (179,215) | $ 867,644 | $ (20,306) | $ (18,906) | $ 123,230 |
| Income tax benefit (expense) | - | - | - | (21,543) | (61,094) | 352,733 | (16,898) | (11,370) | 1,862,829 | - | - |
| **Net income (loss)** | $ (5,679) | $ - | $ 3,328,984 | $ (257,632) | $ (171,592) | $ 95,338 | $ (196,113) | $ 856,274 | $ 1,842,523 | $ (18,906) | $ 123,230 |