IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| KLEOPATRA FINCO S.À R.L., *et al.*,[1] | ) Case No. 25-90642 (CML) <br> ) |
| Debtors. | ) (Jointly Administered) <br> ) |

# CERTIFICATE OF SERVICE

I, Monica Balos, depose and say that I am employed by Stretto, the claims, noticing, and solicitation agent for the Debtors in the above-captioned case.

On December 6, 2025, at my direction and under my supervision employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Filing Exhibit D (Exit Financing Term Sheet)** (Docket No. 204)

Dated: December 26, 2025

/s/ Monica Balos
Monica Balos
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 833.212.0915
Email: KPInquiries@stretto.com

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Klockner. The location of Kleopatra Finco S.à r.l.'s principal place of business and the Debtors' service address in these chapter 11 cases is 46A, Avenue J.F. Kennedy, L-1855 Luxembourg, R.C.S. Luxembourg.

# **Exhibit A**



Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 3T LOGISTICS LTD | CHIEF OPERATING OFFICER | NOTICE PARTY REDACTED | 4 THORPE GROVE PARK WAY | | LEICESTER | LE19 | 1SU | UNITED KINGDOM |
| A. HARTRODT DEUTSCHLAND GMBH & CO. | CHIEF OPERATING OFFICER | NOTICE PARTY REDACTED | HOEGERDAMM 35 | | HAMBURG | | | GERMANY |
| AD HOC GROUP OF FIRST LIEN LENDERS | GIBSON, DUNN & CRUTCHER LLP | ATTN: SCOTT J. GREENBERG, MICHAEL J. COHEN, ROBERT E. FITZGERALD, TOMMY SCHEFFER | 200 PARK AVENUE | | NEW YORK | NY | 101660193 | |
| AD HOC GROUP OF FIRST LIEN LENDERS | HOWLEY LAW PLLC | ATTN: TOM A. HOWLEY, ERIC TERRY | TC ENERGY CENTER 700 LOUISIANA ST., STE 4220 | | HOUSTON | TX | 77002 | |
| ALPEK POLYESTER | CHIEF FINANCIAL OFFICER | JOSÉ CARLOS PONS | 7621 LITTLE AVE, SUITE 500 | | CHARLOTTE | NC | 28226 | |
| ARENTFOX SCHIFF LLP | ATTENTION: JEFFREY GLEIT, JONATHAN BAGG, AND MATTHEW BENTLEY | 1301 AVENUE OF THE AMERICAS, 42ND FLOOR | | | NEW YORK | NY | 10019 | |
| ARENTFOX SCHIFF LLP | ATTN JEFFREY GLEIT, JONATHAN BAGG, AND MATTHEW BENTLEY | 1301 AVENUE OF THE AMERICAS, 42ND FLOOR | | | NEW YORK | NY | 10019 | |
| BAKER & MCKENZIE LLP | NOTICE PARTY REDACTED | 280 BISHOPSGATE | | | LONDON | | EC2M 4AG | UNITED KINGDOM |
| BOREALIS | CHIEF FINANCIAL OFFICER | NOTICE PARTY REDACTED | TRABRENNSTR. 6-8 | | VIENNA | | 1020 | AUSTRIA |
| COFACE FINANZ GMBH | ISAAC-FULDA-ALLEE 1 | | | | MAINZ | | 55124 | GERMANY |
| COFACE FINANZ GMBH | MAYER BROWN LLP | ATTN: CHARLES S. KELLEY, JAMES B. DANFORD, JR. | 700 LOUISIANA ST., SUITE 3400 | | HOUSTON | TX | 77002 | |
| COFACE FINANZ GMBH | MAYER BROWN LLP | ATTN: DABIN CHUNG, DANIELLE SIGAL, JENNIFER KELLNER | 1221 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | |
| COFACE FINANZ GMBH | MAYER BROWN LLP | ATTN: SEAN T. SCOTT | 71 SOUTH WACKER DRIVE | | CHICAGO | IL | 60606 | |
| CROWN EQUIPMENT CORPORATION | | 44 S WASHINGTON STREET | | | NEW BREMEN | OH | 45869 | |
| DAS INTERNATIONAL RECYCLING SOLUTION LTD | CHIEF EXECUTIVE OFFICER | NOTICE PARTY REDACTED | 24 ROLLESBY ROAD | | KING'S LYNN HARDWICK INDUSTRIAL ESTATE | | PE30 4LS | UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTENTION: DEBT AND AGENCY SERVICES | 21 MOORFIELDS | | | LONDON | | EC2Y 9DB | UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH, AS SECURITY AGENT | | WINCHESTER HOUSE | 1 GREAT WINCHESTER STREET | | LONDON | | EC2N 2DB | UNITED KINGDOM |
| DEUTSCHE TRUSTEE COMPANY LIMITED | ATTENTION: MANAGING DIRECTOR | WINCHESTER HOUSE | 1 GREAT WINCHESTER STREET | | LONDON | | EC2N 2DB | UNITED KINGDOM |
| DISTRICT OF COLUMBIA | OFFICE OF THE ATTORNEY GENERAL | 400 6TH STREET NW | | | WASHINGTON | DC | 20001 | |
| DOW ENTITIES | C/O WARNER NORCROSS & JUDD, LLP | ATTN: ROZANNE M. GIUNTA | 715 E. MAIN STREET, SUITE 110 | | MIDLAND | MI | 48640-5382 | |
| EASTMAN CHEMICAL COMPANY | EXECUTIVE VICE PRESIDENT AND CHIEF COMMERCIAL OFFICER | BRAD LICH | 200 SOUTH WILCOX DR. | | KINGSPORT | TN | 37660 | |
| EASTMAN CHEMICAL COMPANY | | 200 SOUTH WILCOX DRIVE | P.O. BOX 431 | | KINGSPORT | TN | 37662-5280 | |
| EASTMAN CHEMICAL COMPANY | | KATZBERGSTRAßE 1A | | | LANGENFELD | | 40764 | GERMANY |
| EMERY OLEOCHEMICALS | CHIEF EXECUTIVE OFFICER | MIN CHONG | 4900 ESTE AVENUE | | CINCINNATI | OH | 45232 | |
| EMERY OLEOCHEMICALS | | PAUL-THOMAS-STRASSE 56 | | | DÜSSELDORF | | 40599 | GERMANY |
| ENCINA EQUIPMENT FINANCE SPV, LLC | | 1221 POST ROAD EAST, SUITE 201 | | | WESTPORT | CT | 6880 | |
| EXXON MOBIL CORPORATION | CHIEF FINANCIAL OFFICER | KATHRYN MIKELLS | 22777 SPRINGWOODS VILLAGE PARKWAY | | SPRING | TX | 77389-1425 | |
| FACTOFRANCE | DENTONS US LLP | ATTN: ROBERT E RICHARDS | 233 S WACKER DR STE 5900 | | CHICAGO | IL | 60606-6404 | |
| FACTOFRANCE | DENTONS US LLP | ATTN: CASEY W. DOHERTY | 1300 POST OAK BLVD STE 650 | | HOUSTON | TX | 77056 | |
| FACTOFRANCE SA | | TOUR D2 17 BIS PLACE DES REFLETS | | | PARIS LA DEFENSE CEDEX | | 92988 | FRANCE |
| FIRST GUARANTY BANK | C/O CAVAZOS HENDRICKS POIROT, P.C. | ATTN: STEVEN T. HOLMES | 900 JACKSON ST, STE 570 FOUNDERS SQ | | DALLAS | TX | 75202 | |
| FIRST GUARANTY BANK | | 400 E THOMAS ST | | | HAMMOND | LA | 70401 | |
| FORMOSA PLASTICS CORP., TEXAS | | 9 PEACH TREE HILL RD. | | | LIVINGSTON | NJ | 7039 | |
| FORMOSA PLASTICS CORPORATION | EXECUTIVE VICE PRESIDENT | KEN MOUNGER | 201 FORMOSA DR | | POINT COMFORT | TX | 77978 | |
| FORMOSA PLASTICS CORPORATION | | 100 SHUIGUAN RD | KSH | | KAOHSIUNG CITY | | 814 | TAIWAN |
| FORMOSA PLASTICS CORPORATION, U.S.A. | | 9 PEACH TREE HILL ROAD | | | LIVINGSTON | NJ | 07039-5702 | |
| GALATA CHEMICALS, LLC | CORPORATE CONTROLLER AND CHIEF FINANCIAL OFFICER | JAMAL SIDDIQI | 3 SECOND STREET, SUITE 307 HARBORSIDE PLAZA 10 | | NEW JERSEY | NJ | 7302 | |
| GALATA CHEMICALS, LLC | MANAGING DIRECTOR | NOTICE PARTY REDACTED | CHEMIESTRASSE 22 | | LAMPERTHEIM | | 68623 | GERMANY |
| GIBSON, DUNN & CRUTCHER LLP | ATTENTION: SCOTT GREENBERG, LISA STEVENS, MICHAEL J. COHEN, ROB E. FITZGERALD, TOMMY SCHEFFER | 200 PARK AVENUE | | | NEW YORK | NY | 10166 | |
| GLAS TRUST COMPANY LLC | | 3 SECOND STREET, SUITE 206 | | | JERSEY CITY | NJ | 7311 | |
| HONEYWELL INTERNATIONAL, INC. | CHAIRMAN AND CHIEF EXECUTIVE OFFICER | VIMAL KAPUR | 855 SOUTH MINT STREET | | CHARLOTTE | NC | 28202 | |
| HONEYWELL INTERNATIONAL, INC. | | | RIVERVIEW HOUSE, HARVEY'S QUAY | | LIMERICK | | V94 R3DE | IRELAND |
| HYG FINANCIAL SERVICES, INC. | | 800 WALNUT STREET | | | DES MOINES | IA | 50309 | |
| INFRASERV GMBH UND CO. | MANAGING DIRECTOR | NOTICE PARTY REDACTED | KASTELER STRAßE 45 | | WIESBADEN | | 65203 | GERMANY |
| INTERNAL REVENUE SERVICE (IRS) | ATTN: CENTRALIZED INSOLVENCY OPERATION | 1111 CONSTITUTION AVE NW | | | WASHINGTON | DC | 20004 | |
| INTERNAL REVENUE SERVICE (IRS) | DEPARTMENT OF TREASURY | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | |
| INTERNAL REVENUE SERVICE (IRS) | DEPARTMENT OF TREASURY | PO BOX 9941, STOP 6552 | | | OGDEN | UT | 84409-0941 | |
| INTERNAL REVENUE SERVICE (IRS) | HOUSTON DEPARTMENT | 1919 SMITH ST | M/S 5024 HOU | | HOUSTON | TX | 77002 | |
| J. B. HUNT TRANSPORT, INC. | CHIEF EXECUTIVE OFFICER | SHELLEY SIMPSON | 615 J.B. HUNT CORPORATE DRIVE | | LOWELL | AR | 72745 | |
| KANEKA CORPORATION | CHIEF EXECUTIVE OFFICER | NOTICE PARTY REDACTED | NIJVERHEIDSSTRAAT 16 | | WESTERLO | | 2260 | BELGIUM |
| KANEKA CORPORATION | MANAGING EXECUTIVE OFFICER | KATSUNOBU DORO | 6250 UNDERWOOD RD | | PASADENA | TX | 77507 | |
| KEM ONE | INTERIM CHIEF EXECUTIVE OFFICER | NOTICE PARTY REDACTED | SIEGE SOCIAL IMMEUBLE LE QUADRILLE 19, RUE JACQUELINE AURIOL | | LYON | | 69008 | FRANCE |
| KONICA MINOLTA PREMIER FINANCE | C/O KONICA MINOLTA BUSINESS SOLUTIONS, USA, INC. | 100 WILLIAMS DRIVE | | | RAMSEY | NH | 7446 | |
| KRONOS WORLDWIDE, INC. | CHIEF EXECUTIVE OFFICER | JIM BUCH | 5430 LBJ FREEWAY, SUITE 1700 | | DALLAS | TX | 75240 | |
| KRONOS WORLDWIDE, INC. | EXECUTIVE VICE PRESIDENT AND CHIEF MANUFACTURING AND TECHNOLOGY OFFICER | NOTICE PARTY REDACTED | PESCHSTRAßE 5 | | LEVERKUSEN | | 51373 | GERMANY |
| LANXESS CORPORATION | CHIEF FINANCIAL OFFICER | OLIVER STRATMANN | 111 RIDC PARK WEST DRIVE | | PITTSBURGH | PA | 15275-1112 | |

In re: Kleopatra Finco S.à r.l., et al.
(Case No. 24-90642) (CML)

Page 1 of 3



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| LATHAM & WATKINS LLP | NOTICE PARTY REDACTED | 99 BISHOPSGATE | | | LONDON | | EC2M 3XF | UNITED KINGDOM |
| LATHAM & WATKINS LLP | PARTNER | NOTICE PARTY REDACTED | 99 BISHOPSGATE | | LONDON | | EC2M 3XF | UNITED KINGDOM |
| MAZUMA CAPITAL CORPORATION | CHIEF FINANCIAL OFFICER | REMINGTON ATWOOD | 274 WEST 12300 | | SOUTH DRAPER | UT | 84020 | |
| NOVAPET, S.A. | HEAD OF NOVAPET POLYMERS DIVISION | NOTICE PARTY REDACTED | PASEO INDEPENDENCIA, 21 PLANTA 3 | | ZARAGOZA | | 50001 | SPAIN |
| OFFICE OF THE U.S. TRUSTEE FOR THE SOUTHERN DISTRICT OF TEXAS | ATTN: ANDREW JIMENEZ | 515 RUSK ST | SUITE 3516 | | HOUSTON | TX | 77002 | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITO | C/O FORMOSA PLASTICS CORPORATION, USA | ATTN: GHADA ZAKY | 9 PEACH TREE HILL ROAD | | LIVINGSTON | NJ | 7039 | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITO | C/O JB HUNT TRANSPORT, INC. | ATTN: ERICA HAYES | 615 JB HUNT CORP DRIVE | | LOWELL | AR | 72745 | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITO | C/O MCDERMOTT WILL & SCHULTE LLP | ATTN: DARREN AZMAN | ONE VANDERBILT AVENUE | | NEW YORK | NY | 10017-3852 | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITO | C/O MCDERMOTT WILL & SCHULTE LLP | ATTN: GREGG A. STEINMAN | 333 SE 2ND AVENUE, SUITE 4500 | | MIAMI | FL | 33131 | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITO | C/O MCDERMOTT WILL & SCHULTE LLP | ATTN: MARCUS A. HELT | 2801 N. HARWOOD STREET, SUITE 2600 | | DALLAS | TX | 75201 | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITO | C/O PREZERO GESTIÓN DE RESIDUOS, S.A. | NOTICE PARTY REDACTED | CALLE DÉDALO 2 | | MADRID | | 28037 | SPAIN |
| ORACLE AMERICA, INC, | C/O BUCHALTER | ATTN: SHAWN M. CHRISTIANSON | 425 MARKET ST, STE 2900 | | SAN FRANCISCO | CA | 94105-3493 | |
| OXY VINYLS LP | | 14555 DALLAS PARKWAY, SUITE 400 | | | DALLAS | TX | 75254 | |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTENTION: ANDREW N. ROSENBERG AND ROBERT A. BRITTON | 1285 6TH AVENUE | | | NEW YORK | NY | 10019 | |
| PMC ORGANOMETALLIX, INC. | EXECUTIVE VICE PRESIDENT OF OPERATIONS | JOHN KEATING | 1288 ROUTE 73, SUITE 401 | | MOUNT LAUREL | NJ | 8054 | |
| PREZERO GESTION DE RESIDUOS, S.A. | C/O EVERSHEDS SUTHERLAND (US) LLP | ATTN: DAVID A. WENDER, DANIELLE BARAV-JOHNSON | 999 PEACHTREE ST NE, SUITE 2300 | | ATLANTA | GA | 30309 | |
| PREZERO GESTIÓN DE RESIDUOS, S.A. | CHIEF EXECUTIVE OFFICER | NOTICE PARTY REDACTED | C. DÉDALO, 2, SAN BLAS-CANILLEJAS | | MADRID | | 28037 | SPAIN |
| PRICEWATERHOUSECOOPERS | CHIEF FINANCIAL OFFICER | COLIN WITTMER | 300 MADISON AVENUE | | NEW YORK | NY | 10017 | |
| PRICEWATERHOUSECOOPERS | CHIEF OPERATING OFFICER AND CHIEF FINANCIAL OFFICER | NOTICE PARTY REDACTED | FRIEDRICH-EBERT-ANLAGE 35-37 | | FRANKFURT/MAIN | | 60327 | GERMANY |
| REAGENS S.P.A. | MANAGING DIRECTOR | NOTICE PARTY REDACTED | VIA CODRONCHI, SAN GIORGIO DI PIANO | | EMILIA-ROMAGNA | | 40016 | ITALY |
| RECICLADOS INDUSTRIALES DE PRAVIA S.L. | MANAGING OWNER | NOTICE PARTY REDACTED | POL. IND. BUENAVISTA CAM. AL MATADERO, 14 | | PRAVIA | | 33120 | SPAIN |
| SEC NEW YORK REGIONAL OFFICE | ANTONIA APPS, REGIONAL DIRECTOR | 100 PEARL STREET | SUITE 20-100 | | NEW YORK | NY | 10004-2615 | |
| SECURITIES & EXCHANGE COMMISSION | | 100 F STREET, NE | | | WASHINGTON | DC | 20549 | |
| SHINTECH, INC. | CORPORATE CONTROLLER | JERRY BRADFORD | 3 GREENWAY PLAZA, SUITE 1150 | | HOUSTON | TX | 77046 | |
| SOUTHERN DISTRICT OF TEXAS UNITED STATES ATTORNEYS OFFICE | ATTN: JENNIFER LOWERY | 1000 LOUISIANA ST | SUITE 2300 | | HOUSTON | TX | 77002 | |
| SQUIRE PATTON BOGGS | NOTICE PARTY REDACTED | 60 LONDON WALL | | | LONDON | | EC2M 5TQ | UNITED KINGDOM |
| SQUIRE PATTON BOGGS US LLP | ATTN: GREG R. WEHRER | 600 TRAVIS STREET, SUITE 6700 | | | HOUSTON | TX | 77002 | |
| SQUIRE PATTON BOGGS US LLP | ATTN: HEATHER H. REES | 2200 ROSS AVENUE, SUITE 4100W | | | DALLAS | TX | 75201 | |
| SQUIRE PATTON BOGGS US LLP | ATTN: JEFFREY N. ROTHLEDER | 2500 M STREET NW | | | WASHINGTON | DC | 20037 | |
| STATE OF ALABAMA | OFFICE OF THE ATTORNEY GENERAL | 501 WASHINGTON AVE | | | MONTGOMERY | AL | 36104 | |
| STATE OF ALASKA | OFFICE OF THE ATTORNEY GENERAL | 1031 W 4TH AVE, STE 200 | | | ANCHORAGE | AK | 99501 | |
| STATE OF ARIZONA | OFFICE OF THE ATTORNEY GENERAL | 2005 N CENTRAL AVE | | | PHOENIX | AZ | 85004 | |
| STATE OF ARKANSAS | OFFICE OF THE ATTORNEY GENERAL | 323 CENTER ST, STE 200 | | | LITTLE ROCK | AR | 72201 | |
| STATE OF CALIFORNIA | OFFICE OF THE ATTORNEY GENERAL | PO BOX 944255 | | | SACRAMENTO | CA | 94244-2550 | |
| STATE OF COLORADO | OFFICE OF THE ATTORNEY GENERAL | RALPH L. CARR JUDICIAL BUILDING | 1300 BROADWAY, 10TH FL | | DENVER | CO | 80203 | |
| STATE OF CONNECTICUT | OFFICE OF THE ATTORNEY GENERAL | 165 CAPITOL AVENUE | | | HARTFORD | CT | 6106 | |
| STATE OF FLORIDA | OFFICE OF THE ATTORNEY GENERAL | THE CAPITOL PL-01 | | | TALLAHASSEE | FL | 32399 | |
| STATE OF GEORGIA | OFFICE OF THE ATTORNEY GENERAL | 40 CAPITOL SQ SW | | | ATLANTA | GA | 30334 | |
| STATE OF HAWAII | OFFICE OF THE ATTORNEY GENERAL | 425 QUEEN STREET | | | HONOLULU | HI | 96813 | |
| STATE OF IDAHO | OFFICE OF THE ATTORNEY GENERAL | 700 W. JEFFERSON ST, SUITE 210 | PO BOX 83720 | | BOISE | ID | 83720 | |
| STATE OF ILLINOIS | OFFICE OF THE ATTORNEY GENERAL | JAMES R. THOMPSON CENTER | 100 W. RANDOLPH ST | | CHICAGO | IL | 60601 | |
| STATE OF INDIANA | OFFICE OF THE INDIANA ATTORNEY GENERAL | INDIANA GOVERNMENT CENTER SOUTH | 302 W WASHINGTON ST, 5TH FLOOR | | INDIANAPOLIS | IN | 46204 | |
| STATE OF IOWA | OFFICE OF THE ATTORNEY GENERAL | HOOVER STATE OFFICE BUILDING | 1305 E. WALNUT STREET | | DES MOINES | IA | 50319 | |
| STATE OF KANSAS | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | 120 SW 10TH AVE, 2ND FLOOR | | | TOPEKA | KS | 66612 | |
| STATE OF KENTUCKY | ATTORNEY GENERAL - DANIEL CAMERON | 700 CAPITAL AVENUE, SUITE 118 | | | FRANKFORT | KY | 40601 | |
| STATE OF LOUISIANA | DEPT. OF JUSTICE - ATTORNEY GENERAL'S OFF | 300 CAPITAL DRIVE | | | BATON ROUGE | LA | 70802 | |
| STATE OF MAINE | OFFICE OF THE ATTORNEY GENERAL | 6 STATE HOUSE STATION | | | AUGUSTA | ME | 4333 | |
| STATE OF MARYLAND | OFFICE OF THE ATTORNEY GENERAL | 200 ST. PAUL PLACE | | | BALTIMORE | MD | 21202 | |
| STATE OF MASSACHUSETTS | ATTORNEY GENERAL'S OFFICE | 1 ASHBURTON PLACE, 20TH FLOOR | | | BOSTON | MA | 2108 | |
| STATE OF MICHIGAN | DEPARTMENT OF ATTORNEY GENERAL | 525 W OTTAWA ST | | | LANSING | MI | 48906 | |
| STATE OF MINNESOTA | OFFICE OF THE ATTORNEY GENERAL | 445 MINNESOTA ST, STE 1400 | | | ST. PAUL | MN | 55101 | |
| STATE OF MISSISSIPPI | OFFICE OF THE ATTORNEY GENERAL | WALTER SILLERS BUILDING | 550 HIGH ST | PO BOX 220 | JACKSON | MS | 39201 | |
| STATE OF MISSOURI | OFFICE OF THE ATTORNEY GENERAL | SUPREME COURT BUILDING | 207 W HIGH ST | | JEFFERSON CITY | MO | 65101 | |
| STATE OF MONTANA | OFFICE OF THE ATTORNEY GENERAL | JUSTICE BUILDING, 3RD FLOOR | 215 N SANDERS, PO BOX 201401 | | HELENA | MT | 59602 | |
| STATE OF NEBRASKA | OFFICE OF THE ATTORNEY GENERAL | 2115 STATE CAPITOL | | | LINCOLN | NE | 68509 | |
| STATE OF NEVADA | OFFICE OF THE ATTORNEY GENERAL | OLD SUPREME COURT BUILDING | 100 N CARSON ST | | CARSON CITY | NV | 89701 | |
| STATE OF NEW HAMPSHIRE | OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | 33 CAPITOL ST. | | CONCORD | NH | 3301 | |
| STATE OF NEW JERSEY | OFFICE OF THE ATTORNEY GENERAL | RICHARD J. HUGHES JUSTICE COMPLEX | 25 MARKET ST 8TH FL, WEST WING | BOX 080 | TRENTON | NJ | 8611 | |
| STATE OF NEW MEXICO | OFFICE OF THE ATTORNEY GENERAL | 408 GALISTEO STREET | VILLAGRA BUILDING | | SANTA FE | NM | 87501 | |
| STATE OF NEW YORK | OFFICE OF THE ATTORNEY GENERAL | THE CAPITOL | 2ND FLOOR | | ALBANY | NY | 12224 | |
| STATE OF NORTH CAROLINA | OFFICE OF THE ATTORNEY GENERAL | 114 W EDENTON ST | | | RALEIGH | NC | 27603 | |
| STATE OF NORTH DAKOTA | OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL, 600 E BOULEVARD AVE | DEPT. 125 | | BISMARCK | ND | 58505 | |
| STATE OF OHIO | OFFICE OF THE ATTORNEY GENERAL | STATE OFFICE TOWER | 30 E BROAD ST 14TH FL | | COLUMBUS | OH | 43215 | |
| STATE OF OKLAHOMA | OFFICE OF THE ATTORNEY GENERAL | 313 NE 21ST ST | | | OKLAHOMA CITY | OK | 73105 | |
| STATE OF OREGON | OFFICE OF THE ATTORNEY GENERAL | 1162 COURT ST NE | | | SALEM | OR | 97301-4096 | |
| STATE OF PENNSYLVANIA | OFFICE OF THE ATTORNEY GENERAL | STRAWBERRY SQUARE 16TH FL | | | HARRISBURG | PA | 17120 | |
| STATE OF RHODE ISLAND | OFFICE OF THE ATTORNEY GENERAL | 150 S MAIN ST | | | PROVIDENCE | RI | 2903 | |

In re: Kleopatra Finco S.à r.l., et al.
(Case No. 24-90642) (CML)

Page 2 of 3



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| STATE OF SOUTH CAROLINA | OFFICE OF THE ATTORNEY GENERAL | REMBERT C. DENNIS BLDG | 1000 ASSEMBLY ST RM 519 | | COLUMBIA | SC | 29201 | |
| STATE OF SOUTH DAKOTA | OFFICE OF THE ATTORNEY GENERAL | 1302 E HIGHWAY 14, STE 1 | | | PIERRE | SD | 57501-8501 | |
| STATE OF TENNESSEE | OFFICE OF THE ATTORNEY GENERAL | PO BOX 20207 | | | NASHVILLE | TN | 37202-0207 | |
| STATE OF TEXAS | OFFICE OF THE ATTORNEY GENERAL | 300 W. 15TH ST | | | AUSTIN | TX | 78701 | |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL, SEAN D. REYES | UTAH STATE CAPITOL COMPLEX | 350 NORTH STATE ST STE 230 | | SALT LAKE CITY | UT | 84114 | |
| STATE OF VERMONT | OFFICE OF THE ATTORNEY GENERAL | 109 STATE ST. | | | MONTPELIER | VT | 5609 | |
| STATE OF VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | 202 N. NINTH ST. | | | RICHMOND | VA | 23219 | |
| STATE OF WASHINGTON | OFFICE OF THE ATTORNEY GENERAL | 1125 WASHINGTON ST SE | | | OLYMPIA | WA | 98501 | |
| STATE OF WASHINGTON | OFFICE OF THE ATTORNEY GENERAL | PO BOX 40100 | | | OLYMPIA | WA | 98504-00 | |
| STATE OF WEST VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL, 1900 KANAWHA BLVD E | BUILDING 1 RM E-26 | | CHARLESTON | WV | 25305 | |
| STATE OF WISCONSIN | OFFICE OF THE ATTORNEY GENERAL | 17 WEST MAIN STREET, ROOM 114 EAST P | | | MADISON | WI | 53702 | |
| STATE OF WYOMING | OFFICE OF THE ATTORNEY GENERAL | 109 STATE CAPITOL | | | CHEYENNE | WY | 82002 | |
| SULAYR RECYCLING PET TRAYS SL | COMMERCIAL DIRECTOR | NOTICE PARTY REDACTED | CARRETERA HERNAN VALLE, KM 3,5, AUTOV A-92 (SENTIDO ALMERIA), SALIDA 303 | | VALLE DEL ZALABI | | 18511 | SPAIN |
| TAUNUSTURM | ATTENTION: EMEA LOANS AND AGENCY TEAM | TAUNUSTOR 1 | | | FRANKFURT AM MAIN | | 60310 | |
| THE DOW CHEMICAL COMPANY | C/O LEGAL DEPARTMENT | ATTN: MEGAN MCCULLOCH, TAMMY GROVE | 2211 H.H. DOW WAY | | MIDLAND | MI | 48674 | |
| THE DOW CHEMICAL COMPANY | C/O LEGAL DEPARTMENT | NOTICE PARTY REDACTED | 23, AVENUE JULES RIMET | | SAINT DENIS | | 93200 | FRANCE |
| THE DOW CHEMICAL COMPANY | | 2511 E. PATRICK ROAD | | | MIDLAND | MI | 48674 | |
| THE DOW CHEMICAL COMPANY | | INDUSTRIESTRAßE 1 | | | RHEINMÜNSTER | | 77836 | GERMANY |
| TOTALENERGIES | CHIEF EXECUTIVE OFFICER | PATRICK POUYANNÉ | 1201 LOUISIANA STREET, SUITE 1800 | | HOUSTON | TX | 77002 | |
| TOTALENERGIES | | TOUR COUPOLE - 2 PLACE JEAN MILLIER | | | PARIS LA DÉFENSE CEDEX | | | FRANCE |
| U.S. BANK EQUIPMENT FINANCE, A DIVISION OF U.S. BANK  NATIONAL ASSOCIATION | | 800 NICOLLET MALL | | | MINNEAPOLIS | MN | 55402 | |
| U.S. DEPARTMENT OF JUSITCE | | 950 PENNSYLVANIA AVENUE, NW | | | WASHINGTON | DC | 20530-0001 | |
| UNITED STATES ATTORNEY FOR THE DISTRICT OF DELAWARE | ATTN: DAVID C. WEISS | 1313 N MARKET STREET | PO BOX 2046 | | WILMINGTON | DE | 19801 | |
| VYNOVA BELGIUM NV | EXECUTIVE VICE PRESIDENT FINANCE | NOTICE PARTY REDACTED | H HARTLAAN 21 TESSENDERLO | | LIMBURG | | 3980 | BELGIUM |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | C/O WINSTEAD PC | ATTN: SEAN B. DAVIS | 600 TRAVIS STREET | SUITE 5200 | HOUSTON | TX | 77002 | |
| WILMINGTON SAVINGS FUND SOCIET FSB | ARENTFOX SCHIFF LLP | ATTN: MATTHEW BENTLEY | 233 S WACKER DR STE 7100 | | CHICACO | IL | 60606 | |
| WILMINGTON SAVINGS FUND SOCIETY FSB | ARENTFOX SCHIFF LLP | ATTN: JEFFREY GLEIT, PATRICK FEENEY | 1301 AVENUE OF THE AMERICAS | 42ND FL | NEW YORK | NY | 10019 | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB | ATTENTION: PATRICK HEALY AND KEVIN MCGARVEY | 500 DELAWARE AVENUE, 11TH FLOOR | | | WILMINGTON | DE | 19801 | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS BENEFICIARY | | 500 DELAWARE AVENUE | | | WILMINGTON | DE | 19801 | |

In re: Kleopatra Finco S.à r.l., et al.
(Case No. 24-90642) (CML)

Page 3 of 3

# **Exhibit B**



Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 3T LOGISTICS LTD | CHIEF OPERATING OFFICER | NOTICE PARTY REDACTED | EMAIL ADDRESS REDACTED |
| A. HARTRODT DEUTSCHLAND GMBH & CO. | CHIEF OPERATING OFFICER | NOTICE PARTY REDACTED | EMAIL ADDRESS REDACTED |
| AD HOC GROUP OF FIRST LIEN LENDERS | GIBSON, DUNN & CRUTCHER LLP | ATTN: SCOTT J. GREENBERG, MICHAEL J. COHEN, ROBERT E. FITZGERALD, TOMMY SCHEFFER | SGREENBERG@GIBSONDUNN.COM MCOHEN@GIBSONDUNN.COM RFITZGERALD@GIBSONDUNN.COM TSCHEFFER@GIBSONDUNN.COM |
| AD HOC GROUP OF FIRST LIEN LENDERS | HOWLEY LAW PLLC | ATTN: TOM A. HOWLEY, ERIC TERRY | TOM@HOWLEYLAW.COM ERIC@HOWLEYLAW.COM |
| ALPEK POLYESTER | CHIEF FINANCIAL OFFICER | JOSÉ CARLOS PONS | JPONS@ALPEK.COM |
| ARENTFOX SCHIFF LLP | ATTN JEFFREY GLEIT, JONATHAN BAGG, AND MATTHEW BENTLEY | | JEFFREY.GLEIT@AFSLAW.COM JONATHAN.BAGG@AFSLAW.COM MATTHEW.BENTLEY@AFSLAW.COM |
| BAKER & MCKENZIE LLP | NOTICE PARTY REDACTED | | EMAIL ADDRESS REDACTED |
| BOREALIS | CHIEF FINANCIAL OFFICER | NOTICE PARTY REDACTED | EMAIL ADDRESS REDACTED |
| COFACE FINANZ GMBH | | | AMKLOECKNERPENTAPLAST-GERMANY@COFACE.COM |
| COFACE FINANZ GMBH | MAYER BROWN LLP | ATTN: CHARLES S. KELLEY, JAMES B. DANFORD, JR. | CKELLEY@MAYERBROWN.COM JDANFORD@MAYERBROWN.COM |
| COFACE FINANZ GMBH | MAYER BROWN LLP | ATTN: DABIN CHUNG, DANIELLE SIGAL, JENNIFER KELLNER | DCHUNG@MAYERBROWN.COM DSIGAL@MAYERBROWN.COM JKELLNER@MAYERBROWN.COM |
| COFACE FINANZ GMBH | MAYER BROWN LLP | ATTN: SEAN T. SCOTT | STSCOTT@MAYERBROWN.COM |
| CROWN EQUIPMENT CORPORATION | | | JILL.HEITKAMP@CROWN.COM |
| DAS INTERNATIONAL RECYCLING SOLUTION LTD | CHIEF EXECUTIVE OFFICER | NOTICE PARTY REDACTED | EMAIL ADDRESS REDACTED |
| DISTRICT OF COLUMBIA | OFFICE OF THE ATTORNEY GENERAL | | EMAIL ADDRESS REDACTED |
| DOW ENTITIES | C/O WARNER NORCROSS & JUDD, LLP | ATTN: ROZANNE M. GIUNTA | EMAIL ADDRESS REDACTED |
| EASTMAN CHEMICAL COMPANY | EXECUTIVE VICE PRESIDENT AND CHIEF COMMERCIAL OFFICER | BRAD LICH | EMAIL ADDRESS REDACTED |
| EMERY OLEOCHEMICALS | CHIEF EXECUTIVE OFFICER | MIN CHONG | MIN.CHONG@EMERYOLEO.COM |
| ENCINA EQUIPMENT FINANCE SPV, LLC | | | JSOTER@ENCINACAPITAL.COM |
| EXXON MOBIL CORPORATION | CHIEF FINANCIAL OFFICER | KATHRYN MIKELLS | KATHRYN.A.MIKELLS@EXXONMOBIL.COM |
| FACTOFRANCE | DENTONS US LLP | ATTN: ROBERT E RICHARDS | ROBERT.RICHARDS@DENTONS.COM |
| FACTOFRANCE | DENTONS US LLP | ATTN: CASEY W. DOHERTY | CASEY.DOHERTY@DENTONS.COM |
| FACTOFRANCE SA | | | EMAIL ADDRESS REDACTED |
| FIRST GUARANTY BANK | C/O CAVAZOS HENDRICKS POIROT, P.C. | ATTN: STEVEN T. HOLMES | SHOLMES@CHFIRM.COM |
| FORMOSA PLASTICS CORP., TEXAS | | | LPHILLIP@FPCUSA.COM |
| FORMOSA PLASTICS CORPORATION | | | VINCENTHUANG@FPC.COM.TW |
| FORMOSA PLASTICS CORPORATION | EXECUTIVE VICE PRESIDENT | KEN MOUNGER | KMOUNGER@FPCUSA.COM |
| GALATA CHEMICALS, LLC | CORPORATE CONTROLLER AND CHIEF FINANCIAL OFFICER | JAMAL SIDDIQI | JAMAL.SIDDIQI@GALATACHEMICALS.COM |
| GALATA CHEMICALS, LLC | MANAGING DIRECTOR | NOTICE PARTY REDACTED | EMAIL ADDRESS REDACTED |
| GIBSON, DUNN & CRUTCHER LLP | ATTENTION:  SCOTT GREENBERG, LISA STEVENS, MICHAEL J. COHEN, ROB E. FITZGERALD, TOMMY SCHEFFER | | SGREENBERG@GIBSONDUNN.COM LSTEVENS@GIBSONDUNN.COM MCOHEN@GIBSONDUNN.COM RFITZGERALD@GIBSONDUNN.COM TSCHEFFER@GIBSONDUNN.COM |
| GLAS TRUST COMPANY LLC | | | DCM@GLAS.AGENCY |
| HONEYWELL INTERNATIONAL, INC. | CHAIRMAN AND CHIEF EXECUTIVE OFFICER | VIMAL KAPUR | VIMAL.KAPUR@HONEYWELL.COM |
| HYG FINANCIAL SERVICES, INC. | | | DAVID.J.OSULLIVAN@WELLSFARGO.COM |
| INFRASERV GMBH UND CO. | MANAGING DIRECTOR | NOTICE PARTY REDACTED | EMAIL ADDRESS REDACTED |
| J. B. HUNT TRANSPORT, INC. | CHIEF EXECUTIVE OFFICER | SHELLEY SIMPSON | SHELLEY.SIMPSON@JBHUNT.COM |
| KANEKA CORPORATION | CHIEF EXECUTIVE OFFICER | NOTICE PARTY REDACTED | EMAIL ADDRESS REDACTED |
| KANEKA CORPORATION | MANAGING EXECUTIVE OFFICER | KATSUNOBU DORO | KATSUNOBU.DORO@KANEKA.CO.JP |
| KEM ONE | INTERIM CHIEF EXECUTIVE OFFICER | NOTICE PARTY REDACTED | EMAIL ADDRESS REDACTED |
| KRONOS WORLDWIDE, INC. | CHIEF EXECUTIVE OFFICER | JIM BUCH | JIM.BUCH@KRONOSTIO2.COM |
| KRONOS WORLDWIDE, INC. | EXECUTIVE VICE PRESIDENT AND CHIEF MANUFACTURING AND TECHNOLOGY OFFICER | NOTICE PARTY REDACTED | EMAIL ADDRESS REDACTED |
| LANXESS CORPORATION | CHIEF FINANCIAL OFFICER | OLIVER STRATMANN | OLIVER.STRATMANN@LANXESS.COM |

In re: Kleopatra Finco S.à r.l., et al.
(Case No. 24-90642) (CML)

Page 1 of 3



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| LATHAM & WATKINS LLP | PARTNER | NOTICE PARTY REDACTED | EMAIL ADDRESS REDACTED |
| MAZUMA CAPITAL CORPORATION | CHIEF FINANCIAL OFFICER | REMINGTON ATWOOD | REMATWOOD@ONSETFINANCIAL.COM |
| NOVAPET, S.A. | HEAD OF NOVAPET POLYMERS DIVISION | NOTICE PARTY REDACTED | EMAIL ADDRESS REDACTED |
| OFFICE OF THE U.S. TRUSTEE FOR THE SOUTHERN DISTRICT OF TEXAS | ATTN: ANDREW JIMENEZ | | USTP.REGION07@USDOJ.GOV ANDREW.JIMENEZ@USDOJ.GOV |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O FORMOSA PLASTICS CORPORATION, USA | ATTN: GHADA ZAKY | GZAKY@FPCUSA.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O JB HUNT TRANSPORT, INC. | ATTN: ERICA HAYES | ERICA.HAYES@JBHUNT.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MCDERMOTT WILL & SCHULTE LLP | ATTN: DARREN AZMAN | DAZMAN@MWE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MCDERMOTT WILL & SCHULTE LLP | ATTN: GREGG A. STEINMAN | GSTEINMAN@MWE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MCDERMOTT WILL & SCHULTE LLP | ATTN: MARCUS A. HELT | MHELT@MWE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PREZERO GESTIÓN DE RESIDUOS, S.A. | NOTICE PARTY REDACTED | EMAIL ADDRESS REDACTED |
| ORACLE AMERICA, INC, | C/O BUCHALTER | ATTN: SHAWN M. CHRISTIANSON | SCHRISTIANSON@BUCHALTER.COM |
| OXY VINYLS LP | | | OXYVINYLSORDERS@OXY.COM |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTENTION:  ANDREW N. ROSENBERG AND ROBERT A. BRITTON | | AROSENBERG@PAULWEISS.COM RBRITTON@PAULWEISS.COM |
| PMC ORGANOMETALLIX, INC. | EXECUTIVE VICE PRESIDENT OF OPERATIONS | JOHN KEATING | JKEATING@PMC-GROUP.COM |
| PREZERO GESTION DE RESIDUOS, S.A. | C/O EVERSHEDS SUTHERLAND (US) LLP | ATTN: DAVID A. WENDER, DANIELLE BARAV-JOHNSON | DAVIDWENDER@EVERSHEDS-SUTHERLAND.COM DAHNIBARAV-JOHNSON@EVERSHEDS-SUTHERLAND.COM |
| PREZERO GESTIÓN DE RESIDUOS, S.A. | CHIEF EXECUTIVE OFFICER | NOTICE PARTY REDACTED | EMAIL ADDRESS REDACTED |
| PRICEWATERHOUSECOOPERS | CHIEF FINANCIAL OFFICER | COLIN WITTMER | COLIN.E.WITTMER@PWC.COM |
| PRICEWATERHOUSECOOPERS | CHIEF OPERATING OFFICER AND CHIEF FINANCIAL OFFICER | NOTICE PARTY REDACTED | EMAIL ADDRESS REDACTED |
| REAGENS S.P.A. | MANAGING DIRECTOR | NOTICE PARTY REDACTED | EMAIL ADDRESS REDACTED |
| RECICLADOS INDUSTRIALES DE PRAVIA S.L. | MANAGING OWNER | NOTICE PARTY REDACTED | EMAIL ADDRESS REDACTED |
| SEC NEW YORK REGIONAL OFFICE | ANTONIA APPS, REGIONAL DIRECTOR | | NYROBANKRUPTCY@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | | | OCA@SEC.GOV |
| SHINTECH, INC. | CORPORATE CONTROLLER | JERRY BRADFORD | JERRYBRADFORD@SHIN-TECH.COM |
| SOUTHERN DISTRICT OF TEXAS UNITED STATES ATTORNEYS OFFICE | ATTN: JENNIFER LOWERY | | TXSPUBLICINQUIRY@USDOJ.GOV |
| SQUIRE PATTON BOGGS US LLP | ATTN: GREG R. WEHRER | | GREG.WEHRER@SQUIREPB.COM |
| SQUIRE PATTON BOGGS US LLP | ATTN: HEATHER H. REES | | HEATHER.REES@SQUIREPB.COM |
| SQUIRE PATTON BOGGS US LLP | ATTN: JEFFREY N. ROTHLEDER | | JEFFREY.ROTHLEDER@SQUIREPB.COM |
| STATE OF ALABAMA | OFFICE OF THE ATTORNEY GENERAL | | CONSUMERINTEREST@ALABAMAAG.GOV |
| STATE OF ALASKA | OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA | OFFICE OF THE ATTORNEY GENERAL | | AGINFO@AZAG.GOV |
| STATE OF ARKANSAS | OFFICE OF THE ATTORNEY GENERAL | | OAG@ARKANSASAG.GOV |
| STATE OF CALIFORNIA | OFFICE OF THE ATTORNEY GENERAL | | XAVIER.BECERRA@DOJ.CA.GOV |
| STATE OF COLORADO | OFFICE OF THE ATTORNEY GENERAL | | CORA.REQUEST@COAG.GOV |
| STATE OF CONNECTICUT | OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@CT.GOV |
| STATE OF FLORIDA | OFFICE OF THE ATTORNEY GENERAL | | ASHLEY.MOODY@MYFLORIDALEGAL.COM |
| STATE OF GEORGIA | OFFICE OF THE ATTORNEY GENERAL | | KMRICHARDSON@LAW.GA.GOV |
| STATE OF HAWAII | OFFICE OF THE ATTORNEY GENERAL | | HAWAIIAG@HAWAII.GOV |
| STATE OF IDAHO | OFFICE OF THE ATTORNEY GENERAL | | LAWRENCE.WASDEN@AG.IDAHO.GOV AGWASDEN@AG.IDAHO.GOV |
| STATE OF ILLINOIS | OFFICE OF THE ATTORNEY GENERAL | | INFO@LISAMADIGAN.ORG |
| STATE OF INDIANA | OFFICE OF THE INDIANA ATTORNEY GENERAL | | INFO@ATG.IN.GOV |
| STATE OF IOWA | OFFICE OF THE ATTORNEY GENERAL | | CONSUMER@AG.IOWA.GOV |
| STATE OF KANSAS | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | | DEREK.SCHMIDT@AG.KS.GOV |
| STATE OF KENTUCKY | ATTORNEY GENERAL - DANIEL CAMERON | | KYOAGOR@KY.GOV |
| STATE OF LOUISIANA | DEPT. OF JUSTICE - ATTORNEY GENERAL'S OFFICE | | ADMININFO@AG.STATE.LA.US |
| STATE OF MAINE | OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@MAINE.GOV |
| STATE OF MARYLAND | OFFICE OF THE ATTORNEY GENERAL | | OAG@OAG.STATE.MD.US |
| STATE OF MASSACHUSETTS | ATTORNEY GENERAL'S OFFICE | | AGOCOMMUNITYENGAGEMENT@STATE.MA.US |
| STATE OF MICHIGAN | DEPARTMENT OF ATTORNEY GENERAL | | MIAG@MICHIGAN.GOV |
| STATE OF MINNESOTA | OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@AG.STATE.MN.US |
| STATE OF MISSOURI | OFFICE OF THE ATTORNEY GENERAL | | CONSUMER.HELP@AGO.MO.GOV |
| STATE OF MONTANA | OFFICE OF THE ATTORNEY GENERAL | | CONTACTDOJ@MT.GOV |
| STATE OF NEBRASKA | OFFICE OF THE ATTORNEY GENERAL | | AGO.INFO.HELP@NEBRASKA.GOV |

In re: Kleopatra Finco S.à r.l., et al.
(Case No. 24-90642) (CML)

Page 2 of 3



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| STATE OF NEVADA | OFFICE OF THE ATTORNEY GENERAL | | AGINFO@AG.NV.GOV |
| STATE OF NEW HAMPSHIRE | OFFICE OF THE ATTORNEY GENERAL | | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW MEXICO | OFFICE OF THE ATTORNEY GENERAL | | HBALDERAS@NMAG.GOV |
| STATE OF NEW YORK | OFFICE OF THE ATTORNEY GENERAL | | NYSAG@AG.NY.GOV |
| STATE OF NORTH CAROLINA | OFFICE OF THE ATTORNEY GENERAL | | AGREQUESTS@NCDOJ.GOV |
| STATE OF NORTH DAKOTA | OFFICE OF THE ATTORNEY GENERAL | | NDAG@ND.GOV |
| STATE OF OHIO | OFFICE OF THE ATTORNEY GENERAL | | AGOCARES@OHIOAGO.GOV |
| STATE OF OKLAHOMA | OFFICE OF THE ATTORNEY GENERAL | | QUESTIONS@OAG.OK.GOV |
| STATE OF OREGON | OFFICE OF THE ATTORNEY GENERAL | | ELLEN.ROSENBLUM@DOG.STATE.OR.US ATTORNEYGENERAL@DOJ.STATE.OR.US |
| STATE OF PENNSYLVANIA | OFFICE OF THE ATTORNEY GENERAL | | INFO@ATTORNEYGENERAL.GOV |
| STATE OF RHODE ISLAND | OFFICE OF THE ATTORNEY GENERAL | | AG@RIAG.RI.GOV |
| STATE OF SOUTH CAROLINA | OFFICE OF THE ATTORNEY GENERAL | | AGSECURITIES@SCAG.GOV |
| STATE OF SOUTH DAKOTA | OFFICE OF THE ATTORNEY GENERAL | | ATGHELP@STATE.SD.US |
| STATE OF TENNESSEE | OFFICE OF THE ATTORNEY GENERAL | | TNATTYGEN@AG.TN.GOV |
| STATE OF TEXAS | OFFICE OF THE ATTORNEY GENERAL | | CONSUMERPROTECTION-COMPLAINTS@OAG.TEXAS.GOV |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL, SEAN D. REYES | | UAG@UTAH.GOV |
| STATE OF VERMONT | OFFICE OF THE ATTORNEY GENERAL | | AGO.INFO@VERMONT.GOV |
| STATE OF VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | | MAIL@OAG.STATE.VA.US |
| STATE OF WASHINGTON | OFFICE OF THE ATTORNEY GENERAL | | SERVICEATG@ATG.WA.GOV |
| STATE OF WEST VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | | CONSUMER@WVAGO.GOV |
| STATE OF WISCONSIN | OFFICE OF THE ATTORNEY GENERAL | | DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US |
| STATE OF WYOMING | OFFICE OF THE ATTORNEY GENERAL | | SHERRY.GRIFFIN1@WYO.GOV |
| SULAYR RECYCLING PET TRAYS SL | COMMERCIAL DIRECTOR | NOTICE PARTY REDACTED | EMAIL ADDRESS REDACTED |
| TAUNUSTURM | ATTENTION: EMEA LOANS AND AGENCY TEAM | | EMEA.LONDON.AGENCY@JPMORGAN.COM |
| THE DOW CHEMICAL COMPANY | C/O LEGAL DEPARTMENT | NOTICE PARTY REDACTED | EMAIL ADDRESS REDACTED |
| THE DOW CHEMICAL COMPANY | C/O LEGAL DEPARTMENT | ATTN: MEGAN MCCULLOCH, TAMMY GROVE | MCMCCULLOCH@DOW.COM TAMMY.GROVE@DOW.COM |
| TOTALENERGIES | CHIEF EXECUTIVE OFFICER | PATRICK POUYANNÉ | PATRICK.POUYANNE@TOTALENERGIES.COM |
| U.S. DEPARTMENT OF JUSITCE | | | USADC.WEBMASTER@USDOJ.GOV |
| UNITED STATES ATTORNEY FOR THE DISTRICT OF DELAWARE | ATTN: DAVID C. WEISS | | USADE.PRESS@USDOJ.GOV |
| VYNOVA BELGIUM NV | EXECUTIVE VICE PRESIDENT FINANCE | NOTICE PARTY REDACTED | EMAIL ADDRESS REDACTED |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | C/O WINSTEAD PC | ATTN: SEAN B. DAVIS | SBDAVIS@WINSTEAD.COM |
| WILMINGTON SAVINGS FUND SOCIET FSB | ARENTFOX SCHIFF LLP | ATTN: MATTHEW BENTLEY | MATTHEW.BENTLEY@AFSLAW.COM |
| WILMINGTON SAVINGS FUND SOCIETY FSB | ARENTFOX SCHIFF LLP | ATTN: JEFFREY GLEIT, PATRICK FEENEY | JEFFREY.GLEIT@AFSLAW.COM PATRICK.FEENEY@AFSLAW.COM |
| WILMINGTON SAVINGS FUND SOCIETY, FSB | ATTENTION: PATRICK HEALY AND KEVIN MCGARVEY | | PHEALY@WSFSBANK.COM KMCGARVEY@WSFSBANK.COM |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS BENEFICIARY | | | COMMUNICATIONS@WSFSBANK.COM |

In re: Kleopatra Finco S.à r.l., et al.
(Case No. 24-90642) (CML)

Page 3 of 3