United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 17, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF TEXAS HOUSTON
DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| KLEOPATRA FINCO S.À R.L., *et al.*, | Case No. 25-90642 (CML) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. **325** |

## FINAL ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES

The Court has considered the Final Application for Compensation and Reimbursement of Expenses filed by Alvarez & Marsal North America, LLC, (the "Applicant"). The Court orders:

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $2,961,398.63 for the period set forth in the application.

2. The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on a final basis.

3. The Debtors are authorized to disburse any unpaid amounts allowed by paragraphs 1 or 2 of this Order.

Signed: February 17, 2026

_____
Christopher Lopez
United States Bankruptcy Judge