United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 20, 2026
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| KLEOPATRA FINCO S.À R.L., *et al.*,[1] | ) ) | Case No. 25-90642 (CML) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

**ORDER GRANTING THE FIRST AND
FINAL FEE APPLICATION OF KOBRE & KIM LLP
AS SPECIAL COUNSEL TO THE SPECIAL COMMITTEES
OF THE BOARDS OF DEBTORS KLEOPATRA SENIOR HOLDINGS
GP S.À R.L. AND KLEOPATRA FINCO S.À R.L. FOR THE FEE PERIOD
FROM NOVEMBER 4, 2025 THROUGH AND INCLUDING DECEMBER 16, 2025**

The Court has considered the *First and Final Fee Application of Kobre & Kim LLP as Special Counsel to the Special Committees of the Boards of Debtors Kleopatra Senior Holdings GP S.à r.l. and Kleopatra Finco S.à r.l. for the Fee Period from November 4, 2025 Through and Including December 16, 2025* [Docket No. 330] (the "Application") filed by Kobre & Kim LLP (the "Applicant").

**IT IS HEREBY ORDERED**:

1. The Applicant is allowed compensation and reimbursement of expenses in the amount of $341,021.78 for the period set forth in the Application.

2. The compensation and reimbursement of expenses allowed in this order is approved on a final basis.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Klockner. The location of Kleopatra Finco S.à r.l.'s principal place of business and the Debtors' service address in these chapter 11 cases is 46A, Avenue J.F. Kennedy, L-1855 Luxembourg, R.C.S. Luxembourg.

3. The Debtors are authorized to pay all amounts allowed by paragraphs 1 and 2 of this order.

Signed: February 20, 2026

_____
Christopher Lopez
United States Bankruptcy Judge